UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. NO. **05 CR 10136 RGS** |
| ) | |
| V. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 844(i)-- Arson |
| ) | 18 U.S.C. § 1341-- Mail Fraud |
| MARK NUTTER ) | 18 U.S.C. § 844(h)(1)-- Use of |
| ) | Fire to Commit a Felony |

## INDICTMENT

COUNT ONE:    (18 U.S.C. §§ 844(i) and 2-- Arson)

The Grand Jury charges that:

On or about October 16, 2003, at West Yarmouth, in the District of Massachusetts,

MARK NUTTER,

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activities affecting interstate or foreign commerce, to wit: a commercial building located at 161 Mid-Tech Drive, Unit D, West Yarmouth, Massachusetts.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

COUNTS TWO, THREE, AND FOUR:     (18 U.S.C. §§ 1341 and 2-- Mail Fraud)

The Grand Jury further charges that:

From on or about October 3, 2003, to on or about September 15, 2004, in the District of Massachusetts,

MARK NUTTER,

defendant herein, did knowingly and willfully devise and execute a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, which scheme and artifice is further described in the following paragraphs.

### General Allegations

1. On or about March 29, 2002, Mark Nutter, doing business as Tempassure Mechanical, entered into a commercial lease for the property located at Unit D, 161 Mid-Tech Drive, West Yarmouth, Massachusetts.

2. In or about January, 2003, Mark Nutter, doing business as Tempassure Mechanical, added the address Unit D, 161 Mid-Tech Drive, West Yarmouth, Massachusetts, to an existing business owner insurance policy issued by the Hanover Insurance Company of Scottsdale, Arizona. The policy, number OHN-5715174, provided insurance coverage for the contents of the premises at 161 Mid-Tech Drive up to the amount of $125,000.

3. On or about October 3, 2003, Mark Nutter instructed his insurance agent, John McShera, of the Lovelette Insurance Agency, to increase his business contents insurance coverage to $500,000.

As of October 16, 2003, it was Mark Nutter's belief that his business contents insurance coverage had been increased to $500,000.

### The Scheme to Defraud

4.  It was part of the scheme and artifice to cause the destruction of the contents of Unit D at 161 Mid-Tech Drive by means of fire.

5.  It was further part of the scheme and artifice that Mark Nutter would and did cause the submission of a false and fraudulent claim for building loss insurance proceeds to the Hanover Insurance Company.

6.  On or about the dates listed below, in the District of Massachusetts,

MARK NUTTER,

defendant herein, for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by false and fraudulent pretenses, representations and promises, did cause to be placed in authorized depositories for mail matter, the identified item to be sent and delivered by the United States Postal Service, and did knowingly cause such item to be delivered by the United States Postal Service, according to the directions thereon; and did cause to be deposited an item or thing to be sent by a private or commercial interstate carrier, as follows:

| COUNT | DATE | MAILING |
|-------|------|---------|
| TWO | 3/15/04 | Federal Express package, with cover letter, containing documents requested by the attorney representing the Hanover Insurance Company, sent from Richard Cohen, 1185 Falmouth Road, Centerville, MA, 02632, and delivered to Lawrence Duggan, Esq., Morrison, Mahoney & Miller, LLP, 250 Summer Street, Boston, MA 02210. |
| THREE | 7/6/04 | Federal Express package, with cover letter, containing documents requested by the attorney representing the Hanover Insurance Company, sent from Goldberg & Weigand, Attorneys at Law, 250 Barnstable Road, Hyannis, MA, 02601, and delivered to Lawrence Duggan, Esq., Morrison, Mahoney & Miller, LLP, 250 Summer Street, Boston, MA 02210. |
| FOUR | 9/15/04 | Letter enclosing "Sworn Statement in Proof of Loss" form, claiming $297,805 in reimbursable losses and $14,520.83 in replacement costs from the fire of October 16, 2003 at Mid-Tech Drive property, mailed from Goldberg & Weigand, Attorneys at Law, 250 Barnstable Road, Hyannis, MA 02601, and mailed to Lawrence Duggan, Esq., Morrison, Mahoney & Miller, LLP, 250 Summer Street, Boston, MA 02210. |

All in violation of Title 18, United States Code, Sections 1341 and 2.

COUNT FIVE:    (18 U.S.C. §§ 844(h)(1) and 2-- Use of Fire to Commit a Felony)

The Grand Jury further charges that:

On or about October 16, 2003, at West Yarmouth, in the District of Massachusetts,

MARK NUTTER,

defendant herein, did knowingly use fire to commit a felony prosecutable in a court of the United States, to wit: mail fraud, in violation of Title 18, United States Code, Section 1341, as charged in Counts Two, Three, and Four of this Indictment.

All in violation of Title 18, United States Code, Sections 844(h)(1) and 2.

A TRUE BILL

_Arene E. Burke_
Foreperson of the Grand Jury

_[signature]_
William H. Connolly
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: June 1, 2005.

Returned into the District Court by the Grand Jurors and filed.

_[signature]_
Deputy Clerk

1:30
6/1/05

JS 45 (5/97) - (Revised USAO MA 3/25/02)

05CR 10136RGS

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**   **Category No.** II   **Investigating Agency** ATF

City   West Yarmouth   **Related Case Information:**

County   Barnstable   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Mark Nutter   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   95 Forest Road, South Yarmouth, MA

Birth date: 1963   SS#: *** ** 1943   Sex: M   Race: W   Nationality: U.S.A.

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   William H. Connolly   Bar Number if applicable   634501

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/1/05   Signature of AUSA: _[signature]_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy    _____

**Name of Defendant**    Mark Nutter    _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 844(i) | Arson | 1 |
| Set 2 | 18 U.S.C. 1341 | Mail Fraud | 2, 3, 4 |
| Set 3 | 18 U.S.C. 844(h)(1) | Use of Fire to Commit a Felony | 5 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**   Mark Nutter

JS 45.wpd - 3/13/02