# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.               CRIMINAL NO. 2005-10136-RGS

MARK NUTTER,
     Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/1/2005 - Indictment returned.

6/2/2005 - Initial Appearance/Arraignment

6/3 - 6/30/2005 - Excluded as per L.R. 112.2(A)(2)

7/12/2005 - Filing to ruling on Motion #8.

7/13 - 8/24/2005 -   Continuance granted so that the defendants' counsel can complete review of the 600 pages of documents which the Government has disclosed.  I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

8/3/2005 - Conference held.

Thus, as of August 24, 2005, ELEVEN (11) non-excludable days will have occurred leaving FIFTY-NINE (59) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

August 3, 2005.