# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                              CRIMINAL NO. 2005-10136-RGS

MARK NUTTER,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/1/2005 - Conference held.

9/2 - 18/2005 -   Continuance granted so that the defendants' counsel can complete his review of the large amount of documentary discovery provided by the Government. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of September 18, 2005, EIGHTEEN (18) non-excludable days have occurred leaving FIFTY-TWO (52) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 1, 2005.