# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2005-10136-RGS

MARK NUTTER,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    9/19/2005 - Conference held.

    Thus, as of September 19, 2005, EIGHTEEN (18) non-excludable days have occurred leaving FIFTY-TWO (52) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                              /s/ Robert B. Collings
                                            ROBERT B. COLLINGS
                                            United States Magistrate Judge

September 19, 2005.