UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )    Criminal No. 05-10136-RGS
)
MARK NUTTER )
)

JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

1. The government [has provided all available] discovery. There are no [outstanding requests.]

2. Neither party [anticipates additional] discovery, with the exception [of expert materials] should the case proceed t[o trial.]

3. The defendant [does not intend to raise a defense] of insanity or public autho[rity.]

4. The government [has no evidence of an al]ibi.

5. The defendant do[es not an]ticipate filing a motion to suppress.

6. No other schedules should be set.

7. It is uncertain whether the case will proceed to trial.

8. The parties hereby agree to the periods already excluded b[y order] order of this Court.

-1-

9/19/05
N. Russo
Deputy Clerk

[Stamp: SCAN Please docket and return to MJ Collings]

9. If required, the parties anticipate that trial should take approximately seven days.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN | MARK NUTTER |
| United States Attorney, | By his Attorney, |
| By: | |
| /s/ William H. Connolly | /s/ Stephen Weymouth |
| WILLIAM H. CONNOLLY | STEPHEN WEYMOUTH |
| Assistant U.S. Attorney | |
| (617) 748-3174 | |

DATE:    September 19, 2005