UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -1 P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | 05-CR-10136-RGS |
| | ) | |
| MARK NUTTER, | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## MOTION FOR FUNDS TO OBTAIN FORENSIC ACCOUNTANT

Now comes counsel for the defendant and requests this Court for to permit him

funds to obtain the services of a forensic accountant.

In support of this motion counsel states that he has received a financial analysis of

the defendant and his business conducted by a government expert.  Counsel for the

defendant states that he will need to utilize the services of a forensic accountant to assist

him in reviewing the financial analysis conducted by the government's expert.  The

services of a forensic accountant will be needed to assist counsel in preparing this matter

for trial.

Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion
was served upon Assistant United States Attorney, William Connolly by mail, on
November 1, 2005.

Stephen J. Weymouth

1