UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) 05-CR-10136-RGS<br>) |
| MARK NUTTER,<br>      Defendant | )<br>)<br>) |

### MOTION FOR REWARDS PROMISES AND INDUCEMENTS

Now comes counsel for the defendant and requests this Court to order the government to provide a detail statement as to all promises, rewards and inducements made by the government to each and every witness scheduled to testify in this matter. This request includes, but is not limited to, financial rewards.

In support of this motion counsel states that this information is required to enable counsel to adequately prepare this matter for trial.

Mark Nutter

Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

### CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, William Connolly by mail, on November 1, 2005.

Stephen J. Weymouth

1