UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 05-CR-10136-RGS |
| | ) | |
| MARK NUTTER, | ) | |
|     Defendant | ) | |
| | ) | |

**MOTION FOR RECONSIDERATION OF MOTION FOR
FUNDS TO OBTAIN FORENSIC ACCOUNTANT**

Now comes counsel for the defendant and requests this Court for to permit him funds to obtain the services of a forensic accountant.

In support of this motion counsel states that he has spoken with an accountant to assist him in reviewing the financial analysis conducted by the government's expert. The accountant's fee is $200.00 per hour and it is estimated that the accountant will spend between 30 and 40 hours working on this matter.

/s/Stephen J. Weymouth
_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

**CERTIFICATE OF SERVICE**

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, William Connolly by mail, on November 22, 2005.

_____
Stephen J. Weymouth

1