UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 05-CR-10136-RGS |
| ) | |
| MARK NUTTER, ) | |
| Defendant ) | |

**MOTION FOR LEAVE TO SUBMIT INTERIM BILLS BY COUNSEL**

Now comes counsel for the defendant and requests this Court for leave for counsel to submit interim bills in connection with his representation of the defendant in the above entitled matter.

In support of this motion counsel states that he was appointed to represent the defendant on June 2, 2005. This case involves an alleged arson, and there is a substantial amount of discovery including financial documents. Counsel has spent a substantial number of hours working on this matter since the date of appointment, and he has not submitted any bills for payment. It is expected that the case will last several more months.

Counsel requests that he be allowed to submit a bill for services rendered from June 2, 2005-December 31, 2005, and he requests that he be permitted to bill on a monthly basis thereafter.

WHEREFORE, counsel hereby seeks leave to file interim bills in connection with his representation of the defendant in this matter.

1

2

/s/ Stephen J. Weymouth
_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, William Connolly, by mail, and by electronic notice on February 7, 2006.

_____
Stephen J. Weymouth