UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | 05-CR-10136-RGS |
| MARK NUTTER,<br>        Defendant | ) ) ) ) ) | |

## MOTION TO CONTINUE TRIAL DATE

Now comes counsel for the defendant and requests this Court for to continue the trial date in this matter. The trial is presently scheduled to begin on May 30, 2006.

In support of this motion counsel states that he has been informed that one of his sisters has been diagnosed with cancer. As a result counsel will not be able to be prepared for trial on May 30, 2006. Counsel will need additional time to prepare for trial.

Counsel has discussed this matter with Assistant United States Attorney William Connolly who is not opposed to this request.

Counsel is requesting Monday, October 2, 2006 as the new trial date.

/s/ Stephen J. Weymouth
_____
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, William Connolly by mail, on March 31, 2006.

_____
Stephen J. Weymouth

1