UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | 05-CR-10136-RGS |
| ) | |
| MARK NUTTER,    ) | |
| Defendant   ) | |

**MOTION FOR FUNDS TO RETAIN THE SERVICES OF AN
EXPERT IN THE AREA OF CAUSE AND ORIGIN INVESTIGATIONS**

Now comes counsel for the defendant and requests this Court for to permit him funds to obtain the services of an expert to assist in an investigation to determine the cause and origin of a fire.

In support of this motion counsel states that the above numbered indictment stems from a fire at the defendant's place of business. Counsel is of the opinion that the services of such an expert will be reasonably necessary to prepare an adequate defense for the defendant.

Counsel has spoken with such an expert who stated that his hourly rate is $125.00, and the expert has estimated that he will spend between 20 and 25 hours working on this matter.

/s/Stephen J. Weymouth
_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

1

2

**CERTIFICATE OF SERVICE**

    I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, William Connolly by mail, on June 15, 2006.

                                                                              _____
                                                                              Stephen J. Weymouth