**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **05-CR-10136-RGS** |
| | ) | |
| **MARK NUTTER,** | ) | |
| **Defendant** | ) | |
| | ) | |

_____)

## MOTION TO CONTINUE MARCH 12, 2007 TRIAL DATE

Now comes counsel for the defendant and requests this Court for to continue the trial date in this matter.  The trial is presently scheduled to begin on March 12, 2007.

In support of this motion counsel states that he is on trial in the Suffolk Superior Court in a two co-defendant first degree murder case.  Counsel expects that the trial will last into March.  Counsel will not be ready for trial on March 12, 2007.  Counsel is asking that the Court continue the trial date until June 11, 2007.

Counsel has discussed this matter with Assistant United States Attorney William Connolly who is not opposed to this request.  The parties agree that the period of time from March 12, 2007 until June 11, 2007 is excludable.

/s/ Stephen J. Weymouth
_____
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, William Connolly, by ECF on February 4, 2007.           _____
/s/ Stephen J. Weymouth

1