UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>MARK NUTTER, )<br>         Defendant )<br>)<br>) | 05-CR-10136-RGS |

## MOTION TO CONTINUE JUNE 11, 2007 TRIAL DATE

Now comes counsel for the defendant and requests this Court for to continue the trial date in this matter. The trial is presently scheduled to begin on June 11, 2007.

In support of this motion counsel states that he needs additional time to prepare this matter for trial. Counsel is for a trial date of August 20, 2007.

Counsel has discussed this matter with Assistant United States Attorney William Connolly who is not opposed to this request.

The parties agree that the period of time from June 11, 2007 until August 20, 2007 is excludable.

/s/ Stephen J. Weymouth
_____
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, William Connolly, by ECF on May 17, 2007.
_____
/s/ Stephen J. Weymouth

1