```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10136-RGS |
| | ) | |
| MARK NUTTER | ) | |
| | ) | |

## JOINT MOTION TO CONTINUE TRIAL

The parties respectfully request a continuance of the trial, currently scheduled for August 20, 2007. As grounds for this motion, the parties state that AUSA Connolly and defense counsel Stephen Weymouth have scheduling conflicts. The parties request a trial date of November 13, 2007.

In addition, for the above-stated reasons, the parties respectfully request that the time commencing on August 20, 2007, and concluding on November 13, 2007, be excluded pursuant to 18 U.S.C. §3161(h)(8)(A), and move that this Court find that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial.

```
Respectfully submitted,        Respectfully submitted,
MICHAEL J. SULLIVAN            MARK NUTTER
United States Attorney,        By His Attorney,
By:

/s/ William H. Connolly        /s/ Stephen Weymouth (WHC)
WILLIAM H. CONNOLLY            STEPHEN WEYMOUTH


DATE:     August 20, 2007
```