UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 05-10135-RGS |
| | ) | |
| MARK NUTTER | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney James P. Dowden as counsel for the government in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: */s/ James P. Dowden*
JAMES P. DOWDEN
Assistant U.S. Attorney

Dated: November 6, 2007

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 6, 2007

                                   <u>*/s/ James P. Dowden*</u>
                                   James P. Dowden
                                   Assistant U.S. Attorney