**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**    )
    )
           v.           )     **CRIMINAL NO. 05-10136-RGS**
    )
**MARK NUTTER**          )

**GOVERNMENT'S LIST OF PROSPECTIVE TRIAL WITNESSES**

The United States of America, by and through Assistant United States Attorneys William H. Connolly and James P. Dowden, respectfully submits the following list of prospective trial witnesses.  If the government subsequently decides to offer the testimony of any additional witness in its case in chief, it will promptly notify the defendant.

1. Wesley Durant, Yarmouth Fire Department

2. Officer Christopher Kent, Yarmouth Police Department

3. Officer Paul Mellet, Yarmouth Police Department

4. Lieutenant Mike Caruso, Yarmouth Police Department

5. Sergeant Paul Letsche, Massachusetts State Police

6. Trooper Mike Mazza, Massachusetts State Police

7. Trooper Patricia Beehan, Massachusetts State Police

8. John Drugan, Massachusetts State Police

9. Thomas Eldredge, Chatham, Massachusetts

10. Cynthia Eldredge, Chatham, Massachusetts

11. Detective Charles Peterson, Yarmouth Police Department

12. Paul Mahoney, Scituate, Massachusetts

13. Lawrence Dugan, Boston, Massachusetts

14. Gary Nutter, Boston, Massachusetts

15. Robert Nutter, Plymouth, Massachusetts

16. Paul Rezey, Boston, Massachusetts

17. Barney Jones, Yarmouth, Massachusetts

18. Robert Mullen, East Sandwich, Massachusetts

19. David Sementelli, Newton, Massachusetts

20. Jennifer Sementelli, Newton, Massachusetts

21. Barbara Wiseman, Hyannis, Massachusetts

22. Les Campbell, Yarmouth, Massachusetts

23. Dan Thomas, Yarmouth, Massachusetts

24. Richard Pacheco, Fall River, Massachusetts

25. Burton Abel, Jr., Fall River, Massachusetts

26. Burton Abel, Sr., Fall River, Massachusetts

27. Ralph Crossen, Yarmouth, Massachusetts

28. Reuben Bassett, Yarmouth, Massachusetts

29. Tracy Bassett, Yarmouth, Massachusetts

30. Carl Goldstein, Yarmouth, Massachusetts

31. Keeper of Records, ATT Wireless

32. Keeper of Records, Hanover Insurance Company

33. Keeper of Records, IRS

34. Jeffrey Cosgrove, ATF

35. John McShera, Yarmouth Massachusetts

36. Agent Thomas Perret, ATF

37. Agent Matthew Kelsch, ATF

38. Jean Macuch, Yarmouth, Massachusetts

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


Date: November 6, 2007        By:  */s/ James P. Dowden*
                                   WILLIAM H. CONNOLLY
                                   JAMES P. DOWDEN
                                   Assistant U.S. Attorney
                                   (617) 748-3800

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 6, 2007.

/s/ James P. Dowden
James P. Dowden
Assistant U.S. Attorney