**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 05-10136-RGS** |
| | ) | |
| **MARK NUTTER** | ) | |

**GOVERNMENT'S LIST OF PROSPECTIVE TRIAL EXHIBITS**

The United States of America, by and through Assistant United States Attorneys William H. Connolly and James P. Dowden, respectfully submits the following list of prospective trial exhibits. If the government subsequently decides to offer any additional exhibits in its case in chief, it will promptly notify the defendant:

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 1 | Fire scene photographs from 161D Mid Tech Drive | |
| 2 | Diagram of 161D Mid Tech Drive | |
| 3 | Burton Abel business card | |
| 4 | Forensic locksmith photographs from 161D Mid Tech Drive | |
| 5 | Samples of debris from 161D Mid Tech Drive | |
| 6 | Commercial Lease to 161D Mid Tech Drive | |
| 7 | Note retrieved from 161D Mid Tech Drive | |

1

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 8 | Mark Nutter hand written statement from October 16, 2003 | |
| 9 | Video tape of interview (dated October 16, 2003) | |
| 10 | Tape recording of interview (dated October 28, 2003) | |
| 11 | Insurance investigator photographs of 161D Mid Tech Drive | |
| 12 | Letter (and packaging) from Richard Cohen to Lawrence Dugan (dated March 15, 2004) | |
| 13 | Letter (and packaging) from Blair Wiegand to Lawrence Dugan (dated July 6, 2004) | |
| 14 | Letter (and packaging) from Oleh Podryhula to Lawrence Dugan (dated September 14, 2004) | |
| 15 | Letter from Lawrence Dugan to Oleh Podryhula (dated October 14, 2004) | |
| 16 | Mark Nutter Examination Under Oath (dated February 17, 2004) | |
| 17 | Mark Nutter examination under oath (dated July 8, 2004) | |
| 18 | Hanover Insurance Policy (effective January 30, 2003) | |
| 19 | Hanover Insurance Policy (effective February 4, 2003) | |
| 20 | Tempassure Mechanical Articles of Incorporation | |
| 21 | Photograph of Charles Hotel | |
| 22 | Bid proposal for Charles Hotel (dated November 20, 2003) | |

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 23 | Bid proposal for Charles Hotel (dated November 29, 2003) | |
| 24 | Snow & Jones Plumbing business records and invoices | |
| 25 | F.W. Webb business records and invoices | |
| 26 | Barbara Wiseman invoices | |
| 27 | Rental documents for 95 Forest Road, Yarmouth Massachusetts | |
| 28 | Burton Abel receipts from October 15, 2003 | |
| 29 | Whaling City Iron business records | |
| 30 | Ralph Crossen Photographs of 100 Independence Drive, Hyannis | |
| 31 | Ralph Crossen business records | |
| 32 | Tape Recording of Conversations (dated May 3, 2005) | |
| 33 | Mark Nutter cell phone records (dated April - May 2005)) | |
| 34 | Shepherd and Goldstein business records | |
| 35 | Mark Nutter cell phone records (dated October 15-16, 2003) | |
| 36 | Mark Nutter cell phone records (dated October 15-16, 2003) | |
| 37 | Mark Nutter cell phone records (dated October 15-16, 2003) | |
| 38 | Hanover Insurance business records (including renewal declaration for increased coverage) | |

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| 39 | Certification of non-existence of federal tax records | |
| 40 | Bank records from Fleet Bank (Acct # 9374444977) | |
| 41 | Bank records from Rockland Trust (Acct # 93744449777) | |
| 42 | Bank records from Citizens Bank (Acct # 113636-596-3) | |
| 43 | Business Records from First Niagra leasing | |
| 44 | Bank records from Sovereign Bank (Acct # 1-09-1036210) | |
| 45 | Chart depicting Mark Nutter Non-Sufficient Funds (NSF) Transactions and Fees | |
| 46 | Chart depicting Average Monthly Balance, Tempassure Business Checking Account, Aug 1999 – Oct 16, 2003 | |
| 47 | Charting depicting Tempassure Mechanical Debt in Arrears on Oct 16, 2003 | |
| 48 | Chart depicting Tempassure Mechanical Available Cash v. Debt on October 15, 2003 (With and without Insurance Claim) | |
| 49 | Chart depicting Tempassure Mechanical Revenue Deposited, 2000 – 10/16/2003 | |

```
                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


Date: November 6, 2007        By:  /s/ James P. Dowden
                                        WILLIAM H. CONNOLLY
                                        JAMES P. DOWDEN
                                        Assistant U.S. Attorneys
                                        (617) 748-3800
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 6, 2007.

*/s/ James P. Dowden*
James P. Dowden
Assistant U.S. Attorney

6