## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　)　　CRIMINAL NO. 05-10136-RGS
　　　　　　　　　　　　　　　　)
MARK NUTTER　　　　　　　　　　)


## GOVERNMENT'S SUMMARY OF TESTIMONY TO
## BE OFFERED UNDER FED. R. EVID. 702

The United States of America, by and through Assistant United States Attorneys William H. Connolly and James P. Dowden respectfully submits this summary of expert testimony it expects to elicit at trial and the qualifications of the testifying witnesses.

1.　Richard J. Pacheco, Forensic Locksmith

　　A.　Summary of Anticipated Testimony

Richard Pacheco will testify that the overhead door to 161D Mid Tech Drive showed no signs of prying or other indicators of forced entry. He will also testify that both the pedestrian door and pedestrian door jam at 161D Mid Tech Drive showed no signs of being forced open. He will further testify that the lock on the pedestrian entry door to 161D Mid Tech Drive displayed no signs of being forced, pricked or tampered with in a manner that would be consistent with the lock being bypassed. Moreover, he will testify that the key to said lock worked smoothly and freely and that the key both entered and could be removed from the lock

without restriction or hesitation.

    B.  Qualifications and Basis for Opinion

    Richard Pacheco's qualifications are attached at Exhibit A.

2.  <u>Trooper Patricia Beehan, Massachusetts State Police</u>

    A.  Summary of Anticipated Testimony

    Trooper Beehan will testify as an expert in latent fingerprint identification.  She will testify that following the fire at 161D Mid Tech Drive, she examined (1) the five red plastic gas containers found in the unit, (2) the note that was left on the exterior mailbox to the unit, and (3) the business card that Defendant Mark Nutter retrieved from his home following the fire.  She will testify that there was insufficient fingerprint ridge detail on all of these items to permit a comparison with the known fingerprints of any individual.

    B.  Qualifications and Basis for Opinion

    Trooper Beehan is a twenty-one (21) year veteran of the Massachusetts State Police.  She has served as a crime scene investigator for thirteen (13) years.  Trooper Beehan has received basic and advanced training from the Federal Bureau of Investigation in both finger printing and palm printing.  She has also received training on the job in fingerprint identification from crime scene investigations.

    During her years with the Massachusetts State Police, Trooper Beehan has investigated close to 1000 crime scenes,

including scenes involving fingerprints.  She has been qualified and has testified as a fingerprint identification expert in Norfolk, Barnstable, Bristol and Plymouth Superior Courts.

3.   Sergeant Paul Letsche, Massachusetts State Police

A.   Summary of Anticipated Testimony

Trooper Letsche will testify consistent with his report in Case No. 2003-117-1384.  A copy of that report has been provided to defense counsel.  In particular, Trooper Letsche will testify as to the origin and cause of the fire at 161D Mid Tech Drive. He will testify that the burn patterns throughout the building are consistent with that of liquid pour patterns.  He will opine that the fire was the result of a deliberate act and incendiary in nature.  He will further opine that the most probable cause of the fire was an open flame ignition with gasoline that was poured throughout the building.  Trooper Letsche will also testify that the burn patterns throughout the unit and on the overhead and pedestrian doors to the building are consistent with these doors being closed during the fire.

B.   Qualifications and Bases for Opinions

Sergeant Letsche's qualifications attached at Exhibit B.

4.   Trooper Michael S. Mazza, Massachusetts State Police

A.    Summary of Anticipated Testimony

Trooper Mazza will testify consistent with his report dated April 14, 2005 as an expert in the origin and cause of fire.  A

3

copy of this report has been previously provided to defense
counsel.  He will testify as to the numerous K-9 alerts for the
presence of ignitable liquids in the first floor interior
workspace of 161D Mid Tech Drive and the second floor office.
He will further testify as to the presence of gas containers in
the both the first floor and second floor office area.  Trooper
Mazza will opine that the fire was the result of a deliberate act
and incendiary in nature.  He will also opine that the most
probable cause of the fire was an open flame ignition with
gasoline that was poured throughout the building.  It is further
anticipated that Trooper Mazza will also testify that the burn
patterns throughout the unit and on the overhead and pedestrian
doors to the building are consistent with these doors being
closed during the fire.

     B.  Qualifications and Basis for Opinions

     Trooper Mazza's qualifications attached at Exhibit C.

5.  <u>John E. Drugan, Senior Chemist, Massachusetts State Police</u>

     A.  Summary of Anticipated Testimony

     John Drugan will testify consistent with his report dated
November 28, 2003.  A copy of this report has been provided to
defense counsel.  Mr. Drugan will testify as to the chemical
analysis he performed on the three samples taken from the
interior of 161D Mid Tech Drive following the fire.  He will
testify that each of these samples tested positive for the

4

presence of #2 fuel oil (diesel fuel) -  a common ignitable liquid and fire accelerant.

B.  Qualifications and Basis for Opinions

Mr. Drugan's qualifications attached at Exhibit D.

5. <u>Paul Mahoney, Insurance Investigator</u>

A. Summary of Anticipated Testimony

Mr. Mahoney will testify as an expert as to the origin and cause of the fire at 161D Mid Tech Drive.  He will testify that the fire was incendiary in nature and intentionally set.  He is further expected to testify that the burn patterns throughout the unit and on the overhead and pedestrian doors to the building are consistent with these doors being closed during the fire.  Mr. Mahoney is also expected to testify that the pedestrian door at 161D Mid Tech Drive showed no signs of being forced open.  He will further testify that the lock on the door displayed no signs of being forced, pricked or tampered with in a manner that would be consistent with the lock being bypassed.  Moreover, he will testify that the key to said lock worked smoothly and freely and that the key both entered and could be removed from the lock without restriction or hesitation

B.  Qualifications and Basis for Opinions

A copy of Mr. Mahoney's CV will be forwarded to counsel for the defendant and the Court when it is received.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

Date: November 6, 2007          By:    */s/ James P. Dowden*
                                       WILLIAM H. CONNOLLY
                                       JAMES P. DOWDEN
                                       Assistant U.S. Attorneys
                                       (617) 748-3800

6

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 6, 2007.

_/s/ James P. Dowden_
James P. Dowden
Assistant U.S. Attorney

EXHIBIT A

# North Eastern Technical Services, Inc.
## PO Box 5150
## Fall River MA 02723

### Richard J. Pacheco

Court Appearances

| | |
|---|---|
| Date: | June 6, Sept. 24, Oct. 31, 1991 |
| Parties: | Louis Norris v. Royal Insurance |
| Court: | Lawrence District Court, Lawrence MA |
| Client: | Royal Insurance, Defendant |

| | |
|---|---|
| Date: | Dec. 18, 1991, Feb. 18 & 19, 1992 |
| Parties: | Paul Flanagan v. Commerce Insurance |
| Court: | Boston Municipal court, Boston MA |
| Client: | Commerce Insurance, Defendant |

| | |
|---|---|
| Date: | Jan. 20 & 27, 1992 |
| Parties: | Cristanto Mendonca v. Travelers Insurance |
| Court: | Deposition, Cambridge MA |
| Client: | Travelers Insurance, Defendant |

| | |
|---|---|
| Date: | Jan. 24, 1992 |
| Parties: | Commonwealth of Massachusetts v. Salvatore Presti |
| Court: | Brockton District Court, Brockton MA |
| Client: | Commonwealth of MA, Prosecutors |

| | |
|---|---|
| Date: | March 2, 1992 |
| Parties: | Commonwealth of Massachusetts v. Robert Drew |
| Court: | Fall River MA |
| Client: | Commonwealth of MA, Prosecutors |

| | |
|---|---|
| Date: | March 17, 1992 |
| Parties: | Louis Curvelo v. Travelers Insurance |
| Court: | New Bedford District Court, New Bedford MA |
| Client: | Travelers Insurance, Defendant |

| | |
|---|---|
| Date: | March 17, 1992 |
| Parties: | Talbot v. American Universal Insurance |
| Court: | New Bedford District Court, New Bedford MA |
| Client: | American Universal Insurance, Defendant |

| | |
|---|---|
| Date: | March 19, 1992 |
| Parties: | Francisca Delacruz v. Royal Insurance |
| Court: | Lawrence District Court, Lawrence MA |
| Client: | Royal Insurance, Defendant |

Date:       June 2, 1992, Nov. 16, 1993
Parties:    Dennis Harkins v. National Grange Mutual
Court:      Boston Municipal Court, Boston MA
Client:     National Grange Mutual, Defendant

Date:       June 3, 1992
Parties:    Heather Lyle v. National Grange Mutual
Court:      Boston Municipal Court, Boston MA
Client:     National Grange Mutual, Defendant

Date:       June 26, 1992
Parties:    Anthony Costello v. Metropolitan Insurance
Court:      Stoughton District Court, Stoughton MA
Client:     Metropolitan Insurance, Defendant

Date:       July 17, 1992
Parties:    Ad-On v. Travelers Insurance
Court:      Malden District Court, Malden MA
Client:     Travelers Insurance, Defendant

Date:       Aug. 6, and Sept. 1, 1992
Parties:    Dennis Doiron v. Royal Insurance
Court:      Lawrence District Court, Lawrence MA
Client:     Royal Insurance, Defendant

Date:       Aug. 13, 1992
Parties:    F. L. Roberts v. CIGNA
Court:      Springfield District Court, Springfield MA
Client:     CIGNA, defendant

Date:       Oct. 1, 1992
Parties:    Paul R. Poirier v. Travelers Insurance
Court:      New Bedford District Court, New Bedford MA
Client:     Travelers Insurance, Defendant

Date:       Oct. 22, 1992
Parties:    Brian Murkland v. Metropolitan Insurance
Court:      Clinton District Court, Clinton MA
Client:     Metropolitan Insurance, Defendant

Date:       Jan. 7, 1993
Parties:    Joseph Zucco v. Commerce Insurance
Court:      Boston Municipal Court, Boston MA
Client:     Commerce Insurance, Defendant

Date:       Feb. 4, 1993
Parties:    Alfred Bealieu v. Royal Insurance
Court:      Lowell Superior Court, Lowell MA
Client:     Royal Insurance, Defendant

Date:       Feb. 26, 1993
Parties:    Erik Rutch v. Aetna Insurance
Court:      New Bedford MA
Client:     Aetna Insurance, Defendant

Date:       March 3, 1993
Parties:    Antonio Jacob v. Hanover Insurance
Court:      Bristol County Superior Court, Fall River MA
Client:     Hanover Insurance, Defendant

Date:       March 10, 1993
Parties:    John Heywood Jr. v. Aetna Insurance
Court:      Fall River MA
Client:     Aetna Insurance, Defendant

Date:       March 23, 1993
Parties:    Robert J. Adams v. State Farm Insurance
Court:      Philadelphia PA
Client:     State Farm Insurance, Defendant

Date:       April 13, 1993
Parties:    Leslie & Cynthia Mewbourn v. Owners Insurance
Court:      Cleveland OH
Client:     Owner's Insurance, Defendant

Date:       April 19, 1993
Parties:    Diane Kahler v. State Farm Insurance
Court:      Allentown PA
Client:     State Farm Insurance, Defendant

Date:       May 11, 1993
Parties:    John Kandralyan v. Royal Insurance
Court:      Boston Municipal Court, Boston MA
Client:     Royal Insurance, Defendant

Date:       May 14, 1993
Parties:    Iva McGowan v. State Farm Insurance
Court:      Chattanooga TN
Client:     State Farm Insurance, Defendant

Date:       May 21, 1993
Parties:    Lucille Schultz v. State Farm Insurance
Court:      Deposition, Memphis TN
Client:     State Farm Insurance, Defendant

Date:       July 27 and Sept. 16, 1993
Parties:    Robert Taylor v. Worcester Insurance
Court:      Dedham District Court, Dedham MA
Client:     Worcester Insurance, Defendant

Date:       Sept. 22, 1993
Parties:    Lucille Schultz v. State Farm Insurance
Court:      Memphis TN
Client:     State Farm Insurance, Defendant

Date:       Oct. 13, 1993
Parties:    Anildo Rosa v. Kemper Insurance
Court:      Suffolk Superior Court, Boston MA
Client:     Kemper Insurance, Defendant

Date:       Oct. 25, 1993
Parties:    Gary McMillan v. Aetna Insurance
Court:      Lynn District Court, Lynn MA
Client:     Aetna Insurance, Defendant

Date:       Dec. 14, 1993
Parties:    Robert Bastis Jr. v. Amica Insurance
Court:      Stoughton MA
Client:     Amica Insurance, Defendant

Date:       Dec. 15, 1993 and April 1, 1994
Parties:    Francis Cassidy v. CIGNA
Court:      Malden MA
Client:     CIGNA, Defendant

Date:       Jan. 13, 1994
Parties:    G&G Auto Body v. Progressive Insurance
Court:      Deposition, Milburn NJ
Client:     Progressive Insurance, Defendant

Date:       Feb. 15, 1994
Parties:    Abramison v. State Farm Insurance
Court:      Philadelphia PA
Client:     State Farm Insurance, Defendant

Date:       March 11, 1994
Parties:    Frank P. Umana v. Safety Insurance
Court:      Deposition, Boston MA
Client:     Frank P. Umana, Plaintiff

Date:       April 22, 1994
Parties:    G&G Auto Body v. Progressive Insurance
Court:      Deposition, Newark NJ
Client:     Progressive Insurance, Defendant

Date:       May 11, 1994
Parties:    Ludvigson v. Metropolitan Insurance
Court:      Worcester Superior Court, Worcester MA
Client:     Metropolitan Insurance, Defendant

Date:       May 31, 1994
Parties:    Deborah Talbot v. Hanover Insurance
Court:      New Bedford District Court, New Bedford MA
Client:     Hanover Insurance, Defendant

Date:       July 8, 1994
Parties:    Sandra Vincent v. Pawtucket Mutual Insurance
Court:      Providence RI
Client:     Pawtucket Mutual Insurance, Defendant

Date:       July 15, 1994
Parties:    Jose & Maria Duarte v. Commerce Insurance
Court:      Fall River District Court, Fall River MA
Client:     Commerce Insurance, Defendant

Date:       July 21, 1994
Parties:    Todd Groman v. Hanover Insurance
Court:      Brookline MA
Client:     Hanover Insurance, Defendant

Date:       Sept. 7, 1994
Parties:    Russell Dunkle v. Allstate Insurance
Court:      Nashville TN
Client:     Allstate Insurance, Defendant

Date:       Sept. 15, 1994
Parties:    State Farm Insurance v. Robert J. Adams
Court:      Philadelphia PA
Client:     State Farm Insurance, Plaintiff

Date:       Nov. 15, 1994
Parties:    Alberto Gomes v CIGNA
Court:      Stoughton District Court, Stoughton MA
Client:     CIGNA, Defendant

Date:       Dec. 14, 1994
Parties:    Dewitt M. Brooks v. Allstate Insurance
Court:      Nashville TN
Client:     Allstate Insurance, Defendant

Date:       Jan. 4, 1995
Parties:
Court:      Deposition, Kansas City MO
Client:     Metropolitan Insurance

Date:       Jan. 13, 1995, May 5, 1995
Parties:    David Higgins v. Commercial Union Insurance
Court:      Wareham District Court, Wareham MA
Client:     Commercial Union Insurance, Defendant

Date:       Jan. 18, 1995
Parties:    Rick Rizzo v. Progressive Insurance
Court:      Cleveland OH
Client:     Progressive Insurance, Defendant

Date:       Feb. 7, 1995
Parties:    Kristopher Brown v. Norfolk & Dedham Insurance
Court:      Stoughton MA
Client:     Norfolk & Dedham Insurance, Defendant

Date:       April 7, 1995
Parties:    Jeana Poto v. Aetna Insurance
Court:      Boston MA
Client:     Aetna Insurance, Defendant

Date:       July 27, 1995
Parties:    Mia Deangelis v. Borden, Inc. & The Price Chopper, Inc.
Court:      Deposition, Fall River MA
Client:     Borden Ice Cream, Defendant

Date:       July 10, 1995
Parties:    James Curtis v. Progressive Insurance
Court:      St. Louis MO
Client:     Progressive Insurance, Defendant

Date:       Nov. 9, 1995
Parties:    Mark T. Reed v. American Select Insurance
Court:      Sandusky OH
Client:     American Select Insurance, Defendant

Date:       Oct. 30, 1995
Parties:    Carolyn Owen Williams v. Allstate Insurance
Court:      Nashville TN
Client:     Allstate Insurance, Defendant

Date:       Nov. 2, 1995
Parties:    Adolphus Bailey v. Allstate Insurance
Court:      Memphis TN
Client:     Allstate Insurance, Defendant

Date:       Dec. 7, 1995
Parties:    Fernando Amaral v. Commercial Union Insurance
Court:      New Bedford MA
Client:     Commercial Union Insurance, Defendant

Date:       Dec. 28 & 29, 1995
Parties:    Dennis Costa v. Metropolitan Insurance
Court:      New Bedford District Court, New Bedford MA
Client:     Metropolitan Insurance, Defendant

Date:       Jan. 18, 1996
Parties:    Randy Zimmerman v. Porsche
Court:      Deposition, Offices of Armstrong, Teasdale, Schafly & Davis
            1 Metropolitan Square, St. Louis MO
Client:     Zimmerman, Plaintiff


Date:       Jan. 29, 1996
Parties:    Nina Ford v. Allstate Insurance
Court:      Memphis Circuit Court, Memphis TN
Client:     Allstate Insurance, Defendant


Date:       March 7, 1996
Parties:    Nelson Mello v. Arbella Mutual Insurance
Court:      Fall River, MA
Client:     Nelson Mello, Plaintiff (Pro Bono)


Date:       March 18, 1996
Parties:    Harold Jones v. Allstate Insurance
Court:      Nashville Circuit Court, Nashville TN
Client:     Allstate Insurance, Defendant


Date:       March 25, 1996
Parties:    David Gurien v. Allstate Insurance
Court:      Davidson County Chancery Court, Nashville TN
Client:     Allstate Insurance, Defendant


Date:       March 27, 1996
Parties:    State of Ohio v. Douglas Moore
Court:      Lucas County Court of Common Pleas
Client:     State of Ohio, Prosecutor


Date:       March 28, 1996
Parties:    State of Ohio v. Rizzo
Court:      Cleveland OH
Client:     State of Ohio, Prosecutor


Date:       April 3, 1996
Parties:    Michael Pagan v. Metropolitan Insurance
Court:      Holyoke MA
Client:     Metropolitan Insurance, Defendant


Date:       April 22, 1996
Parties:    Moss v. State Farm Insurance
Court:      Union City TN
Client:     State Farm Insurance, Defendant

Date:       May 6, 1996
Parties:    Cheryl Dunbar-Houston v. Progressive Specialty Insurance Company and First
            American National Bank v. Cheryl Dunbar and Progressive Casualty Insurance
            Company
Court:      Cumberland County Chancery Court, TN
Client:     Progressive Insurance, Defendant


Date:       May 13, 1996
Parties:    Guy D. Morgan and Vickie Morgan v. Allstate Insurance
Court:      Green County Chancery Court, TN
Client:     Allstate Insurance, Defendant

Date:       May 21, 1996
Parties:    WAL v. Sears, Roebuck
Court:      Suffolk County Superior Court, Boston MA
Client:     WAL, Plaintiff

Date:       Sept. 10, 1996
Parties:    Angie Earvin v. Allstate Insurance
Court:      Memphis TN
Client:     Allstate Insurance, Defendant

Date:       Nov. 1, 1996
Parties:    Stephen & Barbara Femino v. American Safewater Systems
Court:      Arbitration, Lincoln RI
Client:     Stephen & Barbara Femino, Plaintiffs

Date:       Dec. 17, 1996
Parties:    Cheryl Dunbar-Houston v. Progressive Insurance
Court:      Crossville TN
Client:     Progressive Insurance, Defendant

Date:       Jan. 14, 1997
Parties:    William Webb v. State Farm Insurance
Court:      Division 6 Circuit Court, Memphis TN
Client:     State Farm Insurance, Defendant

Date:       Jan. 23, 1997
Parties:    Matthew Finacom v. Long Lease
Court:      Natick MA
Client:     Matthew Finacom, Plaintiff

Date:       Feb. 24, 1997
Parties:    McAdams v. Allstate Insurance
Court:      Davidson County Circuit Court, Nashville TN
Client:     Allstate Insurance, Defendant

Date:       April 7, 1997
Parties:    Steadward v. Commercial Union Insurance
Court:      Chicopee MA
Client:     Commercial Union Insurance, Defendant

Date:       April 8, 1997
Parties:    Renee Rosa v. Allstate Insurance
Court:      Nashua NH
Client:     Allstate Insurance, Defendant

Date:       June 3, 1997
Parties:    Helen & Crystal Crittenden v. Allstate Insurance
Court:      Morristown TN
Client:     Allstate Insurance, Defendant

Date:       June 23, 1997
Parties:    Ronald Neff v. Allstate Insurance
Court:      Blount County, TN
Client:     Allstate Insurance, Defendant

Date:       July 28 & 29, 1997
Parties:    Jarman v. Globe American Casualty Co.
Court:      Hamilton County Court of Common Pleas, Cincinnati OH
Client:     Globe American Casualty, Defendant

Date:       Aug. 4 & 5, 1997
Parties:    James Grantham v. Allstate Insurance
Court:      Davidson County District Court, Nashville TN
Client:     Allstate Insurance, Defendant

Date:       Nov. 18, 1997
Parties:    Demetric Brown v. State Farm Insurance
Court:      Memphis TN
Client:     State Farm Insurance, Defendant

Date:       Dec. 3, 1997
Parties:    Lucille Schultz v. State Farm Insurance
Court:      Memphis TN
Client:     State Farm Insurance, Defendant

Date:       Dec. 8 & 9, 1997
Parties:    State of California v. Catherine Gaither
Court:      Orange County CA Grand Jury
Client:     State of CA, Prosecutor

Date:       Dec. 15, 1997
Parties:    Glen & Linda Miller v. State Farm Insurance
Court:      Murfreesboro TN
Client:     State Farm Insurance, Defendant

Date:        April 7, 1998
Parties:     Yolanda Lewis v. Allstate Insurance
Court:       Shelby County Circuit Court, Memphis TN
Client:      Allstate Insurance, Defendant

Date:        May 28, 1998
Parties:     Jason Brittich v. GRE Insurance
Court:       Toledo OH
Client:      GRE Insurance, Defendant

Date:        June 26, 1998
Parties:     Roman Lysanyak v. Progressive Insurance
Court:       Oklahoma City OK
Client:      Progressive Insurance, Defendant

Date:        Sept. 22, 1998
Parties:     Pamela Jordan v. Allstate Insurance
Court:       Shelby County Chancery Court, Memphis TN
Client:      Allstate Insurance, Defendant

Date:        Sept. 28, 1998
Parties:     Tyrell Pierce v. Allstate Insurance
Court:       Tipton County Chancery Court, Covington TN
Client:      Allstate Insurance, Defendant

Date:        Oct. 12, 1998
Parties:     Clyde Jefferson v. Allstate Insurance
Court:       Memphis TN
Client:      Allstate Insurance, Defendant

Date:        Oct. 28, 1998
Parties:     Van Nunnally v. State Farm Insurance
Court:       Richmond VA
Client:      State Farm Insurance, Defendant

Date:        Jan. 8, 1999
Parties:     Bridgette Mitchell v. American Family Insurance
Deposition:  NETS Main Office, Fall River MA

Date:        Feb. 10, 1999
Parties:     South Carolina Farm Bureau v. Rabon
Court:       Camden, SC
Client:      South Carolina Farm Bureau Insurance, Plaintiff

Date:        March 25, 1999
Parties:     Sumner v. State Farm Insurance
Court:       Memphis TN
Client:      State Farm Insurance, Defendant

Date:         April 19, 1999
Parties:      Bridgett Heady v. State Farm Insurance
Deposition:   Louisville KY

Date:         April 22, 1999
Parties:      Lynn Anderson v. Premier Insurance
Deposition:   Philadelphia PA

Date:         August 16, 1999
Parties:      Juan Quevedo v. Globe Adjusting
Deposition:   NETS Main Office, Fall River MA

Date:         Sept. 29, 1999
Parties:      Diane Hull v. Allstate Insurance
Court:        Memphis TN
Client:       Allstate Insurance, Defendant

Date:         Oct. 1, 1999
Parties:      Therese Stropki v. Progressive Insurance
Deposition:   NETS Main Office, Fall River MA

Date:         Nov. 1, 1999
Parties:      David & Elizabeth Wilder v. State Farm Insurance
Court:        Lee County Circuit Court, Jonesville VA
Client:       State Farm Insurance, Defendant

Date:         Dec. 7, 1999
Parties:      Leroy James v. State Farm Fire & Casualty
Court:        Hampton Circuit Court, Hampton VA
Client:       State Farm Insurance, Defendant

Date:         Dec. 22, 1999
Parties:      Lionel Diaz v. Progressive Insurance
Deposition:   Providence RI

Date:         Jan. 7, 2000
Parties:      Willie Wade v. Leader National Insurance
Deposition:   NETS Main Office, Fall River MA

Date:         Jan. 11, 2000
Parties:      Ronald Neff v. Allstate Insurance
Court:        Blount County Circuit Court, Maryville TN
Client:       Allstate Insurance, Defendant

Date:         Jan. 20, 2000
Parties:      Jerry Wayne King v. Progressive Insurance
Deposition:   NETS Main Office, Fall River MA

Date:        Feb. 16, 2000
Parties:     Ralph Maley v. Nationwide Insurance
Court:       Grafton Superior Court, N. Haverhill NH
Client:      Nationwide Insurance, Defendant

Date:        Feb. 24, 2000
Parties:     Willie Wade v. Leader National Insurance
Court:       Federal Court, Cleveland OH
Client:      Leader National, Defendant

Date:        Feb. 29 & 30, 2000
Parties:     Jerry Wayne King v. Progressive Northwestern Insurance
Court:       Davidson County Chancery Court, Nashville TN
Client:      Progressive Insurance, Defendant

Date:        March 9, 2000
Parties:     Billy Pierson v. Allstate Insurance
Court:       Knox County Circuit Court, Knoxville TN
Client:      Allstate Insurance, Defendant

Date:        March 15, 2000
Parties:     Jacqueline Chambers v. Leader National Insurance
Deposition:  NETS Main Office, Fall River MA

Date:        March 27, 2000
Parties:     Berthil T. James v. Allstate Insurance
Court:       Circuit Court for Prince George's County, Upper Marlboro MD
Client:      Allstate Insurance, Defendant

Date:        March 30, 2000
Parties:     Anthony Fair v. GEICO
Court:       District Court, 111 Centre St. New York NY
Client:      GEICO, Defendant

Date:        March 31, 2000
Parties:     Richard Thompson v. State Farm Insurance
Deposition:  Louisville KY

Date:        May 22, 2000
Parties:     Charmaine Jones v. Allstate Insurance
Court:       Shelby County Circuit Court, Memphis TN
Client:      Allstate Insurance, Defendant

Date:        June 2, 2000
Parties:     Princetta Reddix v. State Farm Insurance
Court:       Baton Rouge LA
Client:      State Farm Insurance, Defendant

Date:         June 14, 2000
Parties:      Lucille Talley v. Allstate Insurance
Court:        Shelby County Circuit Court, Memphis TN
Client:       Allstate Insurance, Defendant

Date:         June 20, 2000
Parties:      Andrel Mallone v. Allstate Insurance
Court:        Davidson County First Circuit Court, Nashville TN
Client:       Allstate Insurance, Defendant

Date:         July 10, 2000
Parties:      Richard Stokes v. Allstate Insurance
Deposition:   NETS Main Office, Fall River MA

Date:         July 10, 2000
Parties:      James Tharpe v. Allstate Insurance
Deposition:   NETS Main Office, Fall River MA

Date:         July 12, 2000
Parties:      Tom Clay v. Omni Insurance
Deposition:   NETS Main Office, Fall River MA

Date:         July 31 through Aug. 2, 2000
Parties:      Jerry Wayne King v. Progressive Northwestern Insurance
Court:        Davidson County Chancery Court, Nashville TN
Client:       Progressive Insurance, Defendant

Date:         Sept. 26, 2000
Parties:      Louis Gainor v. Metropolitan Insurance
Deposition:   Quincy MA

Date:         October 12, 2000
Parties:      Ranford Herman v. GEICO
Court:        District Court, 111 Centre St., New York NY
Client:       GEICO, Defendant

Date:         October 13, 2000
Parties:      Miguel Lopez v. Orion Auto Insurance
Deposition:   NETS Main Office, Fall River MA

Date:         October 17 & 18, 2000
Parties:      Charles Golden, Sr. v. Permanent General Insurance
Court:        Division 8 of Circuit Court, Memphis TN
Client:       Permanent General Insurance, Defendant

Date:         October 27, 2000
Parties:      Kevin Lewis v. Progressive Insurance
Court:        Livonia, MI
Client:       Progressive Insurance, Defendant

Date:        Nov. 28, 2000
Parties:     Chau Vu v. Progressive Insurance
Deposition:  NETS Main Office, Fall River MA

Date:        January 24, 2001
Parties:     Leah W. Mayo v. Nationwide Mutual Insurance Co.
Court:       Circuit Court for Prince George's County, Upper Marlboro MD
Client:      Nationwide Insurance, Defendant

Date:        February 28, 2001
Parties:     Bridget Heady v. State Farm Insurance
Court:       US District Court, Western District of KY (Louisville)
Client:      State Farm Insurance, Defendant

Date:        April 3, 2001
Parties:     Jose Ramos v. Allstate Insurance
Court:       Dade County Court, Miami FL
Client:      Allstate Insurance, Defendant

Date:        May 7-10, 2001
Parties:     Anatoliy Bespalov v. Progressive Insurance
Court:       Whatcom County Superior Court, Bellingham WA
Client:      Progressive Insurance, Defendant

Date:        May 22, 2001
Parties:     Patrice Cannon v. Allstate Insurance
Court:       Circuit Court Div. 7, Memphis TN
Client:      Allstate Insurance, Defendant

Date:        July 23 & 24, 2001
Parties:     United States of America v. Elias DeLaRosa
Location:    United States District Court, Bridgeport CT
Client:      United States / FBI

Date:        Sept. 28, 2001
Parties:     Taurus Perkins v. Allstate Insurance
Deposition:  NETS Main Office, Fall River MA

Date:        Oct. 19, 2001
Parties:     Jennifer Jackson v. BMW
Deposition:  Boston MA

Date:        December 11, 2001
Parties:     John Pendergrass v. Allstate Insurance
Court:       Circuit Court for Prince George's County, Upper Marlboro MD
Client:      Allstate Insurance, Defendant

Date:           January 7, 2002
Parties:        Atlanta Casualty Company v. Kevin Williams and Thirkell Williams
Court:          Circuit Court of Tennessee, Thirtieth Judicial District, Memphis TN
Client:         Atlanta Casualty Insurance, Plaintiff

Date:           February 10, 2002
Parties:        Taurus Orlando Perkins v. Allstate Insurance
Court:          Shelby County Circuit Court, Memphis TN
Client:         Allstate Insurance, Defendant

Date:           July 23, 2002
Parties:        Kristie Dodd v. Oklahoma Farm Bureau Insurance
Deposition:     Providence RI

Date:           September 6, 2002
Parties:        Dinh Ho v. State Farm
Court:          St. Martin Parish (St. Martinville) LA
Client:         State Farm Insurance, Defendant

Date:           October 21, 2002
Parties:        Sean Grebinger v. State Farm Insurance
Court:          LaFayette Parish, Lafayette LA
Client:         State Farm Insurance, Defendant

Date:           November 25, 2002
Parties:        Buck v. AA Discount
Deposition:     Summit NJ

Date:           December 2, 2002
Parties:        Charles Hammett v. Farmers Insurance
Deposition:     NETS Main Office, Fall River MA

Date:           April 4, 2003
Parties:        Shirley Perry v. Allstate Insurance
Deposition:     NETS Main Office, Fall River MA

Date:           April 10, 2003
Parties:        Shena Morrison v. Pride Mobility
Deposition:     NETS Main Office, Fall River MA

Date:           June 2-4, 2003
Parties:        Rachelle Daniel v. Nationwide Insurance
Court:          Circuit Court of Shelby County (Memphis) TN Div 5
Client:         Nationwide Insurance, Defendant

Date:           July 9, 2003
Parties:        Tomasa Brillante v. Unitrin Direct Insurance
Deposition:     Orlando FL

| | |
|---|---|
| Date: | July 16, 2003 |
| Parties: | State of NH v Morrison and Vallieres |
| Court: | Grafton County Superior Court, N. Haverhill NH |
| Client: | State of NH, Prosecutors |

| | |
|---|---|
| Date: | September 17, 2003 |
| Parties: | Allstate Insurance v. Sherry Bradford & Marshall Bradford |
| Court: | Rutherford County Circuit Court, Murfreesboro TN |
| Client: | Allstate Insurance, Plaintiff |

| | |
|---|---|
| Date: | October 3, 2003 |
| Parties: | Brian Redmond v. Atlanta Casualty |
| Deposition: | NETS Main Office, Fall River MA |

| | |
|---|---|
| Date: | October 27, 2003 |
| Parties: | Maria Franco v. Permanent General Insurance |
| Deposition: | Los Angeles CA |

| | |
|---|---|
| Date: | November 20, 2003 |
| Parties: | Myerscough v. Pride Mobility |
| Deposition: | Chicago IL |

| | |
|---|---|
| Date: | December 1 & 2, 2003 |
| Parties: | Antone Coburn v. Allstate Insurance |
| Court: | Division 6, Memphis TN |
| Client: | Allstate Insurance, Defendant |

| | |
|---|---|
| Date: | May 25, 2004 |
| Parties: | United States of America v. Lawanda Nall |
| Court: | Pensacola, FL |
| Client: | United States/ FBI, prosecutors |

| | |
|---|---|
| Date: | June 30, 2004 |
| Parties: | Roosevelt Stout v. Permanent General Insurance |
| Deposition: | Ventura, CA |

| | |
|---|---|
| Date: | September 25, 2004 |
| Parties: | Roosevelt Stout v. Permanent General Insurance |
| Court: | Ventura, CA |
| Client: | Permanent General Insurance, Defendant |

| | |
|---|---|
| Date: | November 4 & 5, 2004 |
| Parties: | Enrique Gutierrez v. CSAA Insurance |
| Court: | Fresno, CA |
| Client: | CSAA, Defendant |

| | |
|---|---|
| Date: | December 10, 2004 |
| Parties: | Joseph Walker v. State Farm Insurance |
| Court: | Baton Rouge, LA |
| Client: | State Farm Insurance, Defendant |

Date:        March 1, 2005
Parties:     Lon Vicknair v. State Farm Insurance
Court:       Baton Rouge, LA
Client:      State Farm Insurance, Defendant

Date:        April 5, 2005
Parties:     Kalicaj v. Allstate Insurance
Deposition:  Morristown, NJ

Date:        April 27, 2005
Parties:     Mananian v. CSAA
Deposition:  Fresno, CA

Date:        June 29, 2005
Parties:     Mananian v. CSAA
Court:       Fresno CA
Client:      CSAA Insurance, Defendant

Date:        July 20, 2005
Parties:     Commonwealth of Kentucky v. Terry Hunt
Court:       Butler Circuit Court, Morgantown KY
Client:      Commonwealth of Kentucky, Prosecutors

Date:        July 27, 2005
Parties:     Sean Ledin v. Mercury Insurance
Deposition:  NETS facility, Fall River MA

Date:        August 9, 2005
Parties:     Terry and Christina Ramsey v. Nationwide Mutual Insurance Company
Court:       Gaston County District Court, Gastonia NC
Client:      Nationwide Insurance, Defendant

Date:        November 10, 2005
Parties:     Gregory Maugeri v. Liquidation Bureau
Hearing:     New York State Insurance Dept., New York NY
Client:      Certified SIU Services

Date:        November 15, 2005
Parties:     Ferreras v. Permanent General insurance
Deposition:  Law Offices of Adrienne Cohen, Santa Ana CA

Date:        January 25 & 26, 2006
Parties:     Roger Hulbert v. Unitrin Direct Insurance
Court:       Superior Court Div. 9, Redondo Beach CA
Client:      Unitrin Direct Insurance, Defendant

Date:        June 8, 2006
Parties:     Nilgun Ogun v. Sid Harvey Industries
Arbitration: Weathersfield CT / Arbitration Forums Inc.
Client:      Sid Harvey / Utica Mutual Insurance, Defendant

Date:       October 4, 2006
Parties:    Arkadiy Abramov v. Utica Mutual Insurance
Court:      Kings County, Brooklyn NY
Client:     Arkadiy Abramov, Plaintiff

# North Eastern Technical Services, Inc.
## PO Box 5150
## Fall River MA 02723

# Richard J. Pacheco

Curriculum Vitae

My personal qualifications are:

Six years, USAF Civil Engineer / Structural Technician
Three years, Army Corps of Engineers
Forensic Locksmith, Certified, Bonded and Registered
Constable, Fall River Police Department, ten years
Certified Diver / Master Diver / Public Safety Diver
Mechanical Technician for General Electric with 17 years experience in the lamp and metals division
Owned and operated Richie's Automotive Repair
Certified Fire & Explosion Investigator (CFEI)
Service Technician for Electronic alarms, both auto and home
Three years of experience USAF Security/Police/Armorer
Received specialized training by factory representatives in Mobility Products
Received specialized factory training in the examination and operation of heavy equipment
Certificate in Microscopy, CACMLE
**Member: Northeastern Association of Forensic Scientists**
**Diplomate: Board Certified Forensic Examiner,**
             **American Board of Forensic Examiners**
**Member: Society of Automotive Forensic Examiners**
             **Master Forensic Examiner**
**Fellow, American College of Forensic Examiners**
**Member: Honorable Order of Kentucky Colonels**
             **By Order of Governor Paul E. Patton**
Member: International Association of Arson Investigators, 1986 to present.
Member: International Association of Auto Theft Investigators, 1986 to present.
Member: National Association of Fire Investigators, 1986 to present
Member: American Boat and Yacht Council
Member: Associated Locksmiths of America
Member: National Locksmith Association
Member: National Fire Protection Association
Member: American Association for the Advancement of Science
Member, International Association of Investigative Locksmiths, former Board Member
Member, International Association of Marine Investigators
**Approved as Instructor for Continuing Education Credit, State of Florida**

**North Eastern Technical Services, Inc.**
**PO Box 5150**
**Fall River MA 02723**

# Richard J. Pacheco

Curriculum Vitae

My personal qualifications are:

Six years USAF Civil Engineer, Structural:

Responsible for the overseeing of civilian contractors and military personnel in the peacetime or combat construction of entire air bases and air base defense emplacements, including all phases of construction: Electrical, mechanical, pavements, etc. Responsible also for the training of all personnel.

Three years Army Corps of Engineers:

Responsible for building, maintenance, inspection of bridges, facilities and equipment. Team leader.

Three years USAF Security, Police:

Watch Commander. Responsible for the security of alert aircraft, base facilities, and the flight line, supervision and training of numerous personnel.

Three years Armorer:

Responsible for all weapons in inventory and their repair, rebuilding and maintenance, and qualification of personnel in their use.

Raytheon Corporation:

Responsible for the investigation and recovery of all classified tooling, equipment, and plans for anti-missile missile system.

General Electric Corporation:

From tool setter to mechanical technician. Worked with the engineers in the design and manufacture of machines, tools and equipment. Tested products, tested electrical, hydraulic, pneumatic, and mechanical systems for failure. Responsible for redesign, repair, and return to production any and all units (i.e. metal presses, plastic injectors, vacuum chambers, metallizers, in the Lamp Metals Division. Quality control of all, and development of tests and equipment to test products. Seventeen years experience.

Richie's Automotive:

All phases of repair of automobiles.

Marine Recovery Service Inc.

All phases of diver safety, dive operations. Search and Rescue, recovery of bodies, vessels, and autos from ocean, lakes, quarries and rivers.

North Eastern Technical Services Inc.
(Formerly MRS Inc.)

Conduct inspections of all items that float, fly or drive on land for product failure, defects. Developed tests and products for other companies.
Received extensive training in Fire Sciences, Mechanics, Electronics, Tool Mark Identification.
Built company from three-person business to multi-million dollar international entity.
Developed comprehensive tool-mark analysis test, which has been approved by the courts (Daubert, Frye), and used by law enforcement to solve numerous crimes. (See WWW.NETSEXAM.COM)

Written articles on various subjects, taught at various police academies (Federal, State and local), taught at numerous insurance companies and professional organizations on the subjects of Fraud, Product failure, Fire, etc. Guest lecturer at Piedmont Community College Forensics Division and others. Received training in reconstruction of damaged products, automobiles, etc. to determine their pre-damage condition.

Received specialized training by factory representatives, and factory training on mobility products including programming, interrogation, assembly, disassembly, maintenance, defects inspection testing and failure analysis.

Received specialized factory training in the examination and operation of heavy equipment

**Special Training:**

| May 20 thru 24, 1985 | Saint Anselm College<br>Arson Investigation |
|---|---|
| August 8, 1986 | International Association of Auto Theft Investigators<br>Completed 36 hr. course on Auto Theft Investigation |
| August 8, 1986 | National Automobile Theft Bureau<br>Received Certificate of Achievement in Auto Theft Investigation |
| November 18, 1986 | Yankee Security Convention<br>Completed course on Domestic Autos |
| November 19, 1986 | Yankee Security Convention<br>Completed course on Steering Column Locks |
| November 20, 1986 | Yankee Security Convention<br>Completed course on Lock Picking Techniques |
| May 12 thru 14, 1987 | International Association of Auto Theft Investigators<br>Completed course on Auto Theft |
| November 12, 1987 | Yankee Security Convention<br>Completed course on Foreign Autos |
| November 13, 1987 | Yankee Security Convention<br>Completed course on Auto Security |
| May 17 thru 19, 1988 | International Association of Auto Theft Investigators<br>Completed course on Auto Theft Investigations |
| June 13 thru 17, 1988 | Saint Anselm College Arson Seminar<br>Received Certificate in Arson Investigation |
| May 15 thru 17, 1990 | Montgomery County Community College<br>Completed Vehicle Theft Investigation Training |
| May 15 thru 17, 1990 | International Association of Auto Theft Investigators<br>Received Certificate in Auto Theft Investigation |
| November 14, 1990 | Yankee Security Convention<br>Completed course on GM Security Systems |
| November 15, 1991 | Philadelphia Fire Academy<br>Seminar in Arson Detection |
| December 1991 | Cape Cod Community College<br>Course in Fire Investigation and Evidence Procedures |
| February 24, 1992 | American Society of Industrial Security, Atlanta GA |

Insurance Fraud Seminar

| | |
|---|---|
| March 4, 1992 | Hanover Insurance, Auburn MA<br>Boat Damage Analysis |
| March 12, 1992 | Fraud Awareness Seminar<br>MAATAI, Woburn, MA<br>Accident Reconstruction |
| October 17, 1992 | Northeast Association of Forensic Scientists<br>Atlantic City NJ<br>Footwear Identification from Prints<br>Accident Reconstruction Pedestrian<br>Accident Reconstruction Auto, Bicycle |
| May 25, 1993 | New Jersey State Police Training Academy<br>VIN Number Locations, Identification and Reconstruction |
| July 26, 1993 | Associated Locksmiths of America, Chicago IL<br>Forensic Locksmithing |
| August 3-8, 1993 | IAATI International Conference on Auto Theft<br>Boise, ID |
| September 7-8, 1993 | Indiana Anti-Car Theft Committee Seminar<br>(Law Enforcement Only) |
| March 15, 1994 | Auto Theft / Arson Seminar, Ohio Chapter IAAI<br>Cincinnati Fire & Police Dept. |
| June 6-8, 1994 | Penn. State College, PAAI<br>Forensic Chemistry, Fire Debris Analysis<br>Use of Dogs at Fire Scenes |
| Aug. 8-12, 1994 | IAATI International Conference on Auto Theft<br>Nashville TN |
| May 20, 1995 | Warren County Arson Task Force<br>Explosives, Chemical Bomb Components, Detonators |
| June 8, 1995 | The Financial Paper Chase<br>Nationwide Insurance Training Center |
| June 13, 1995 | Philadelphia Association of Defense Counsel<br>Prosecution of Insurance Fraud,<br>Mail Fraud Under Federal and State Statutes<br>3 CLE Hrs. credit |
| October 25 & 26, 1995 | Northeastern Association of Forensic Scientists Annual Meeting |

|  | Crime Scene Workshop<br>Mystic CT |
|---|---|
| May 1-3, 1996 | The Tennessee Advisory Committee on Arson<br>Fire Investigation School, Murfreesboro TN<br>Live Burn Exercise |
| February 7, 1997 | North Carolina Insurance Crime Information Exchange<br>Fourth Annual Training Conference<br>Aspects of Insurance Fraud (Property & Liability) 13 hrs<br>Charlotte NC |
| November 19-21, 1997 | Florida Advisory Committee on Arson Prevention<br>Annual Seminar<br>Florida State Fire College, Ocala, FL<br>Workshops: Examination Under Oath, Financial Motives,<br>Spoliation of Evidence |
| February 10, 1998 | Georgia Auto Theft Intelligence Council<br>Vehicle Titles, Salvage, Thefts and Arson<br>Savannah GA |
| March 26, 1998 | Auto Fraud Seminar<br>Georgia Auto Theft Unit, Duluth GA |
| October 27, 1998 | Auto Theft / Fraud Seminar<br>Pennsylvania Auto Crimes Investigators Association<br>Philadelphia PA |
| November 4, 1998 | Auto Theft / Arson Seminar<br>Florida Fire Marshals Conference<br>Clearwater Beach FL |
| October 14 & 15, 2000 | Auto Theft / Arson – Forensic Lock Examination Course<br>International Association of Investigative Locksmiths<br>Edison NJ |
| November 1, 2000 | 2000 Fraud Seminar<br>Insurance Institute of Indiana |
| July 17, 2001 | Investigative Locksmithing III<br>ALOA Seminar<br>Baltimore MD |
| July 18, 2001 | Forensic Locksmithing 2001<br>ALOA Seminar<br>Baltimore MD |
| June 28-30, 2002 | International Association of Investigative Locksmiths |

Inaugural Educational Conference
Atlantic City NJ

March 6, 2003                  "Combating the Latest Trends in Auto Insurance Fraud"
                               Insurance Fraud Seminar
                               California District Attorneys Association
                               Garden Grove CA

## Instructional Seminars Given:

January 1986                   Auto Arson Investigations Seminar
                               Provided to Revere MA Fire Department

February 1987                  Auto / Arson Investigation Seminar
                               Provided to American Universal Insurance

April 4, 1987                  Cape Cod Community College, Auto Arson Seminar
                               Given for Fire and Police Agencies

April 27, 1987                 Auto Theft / Arson / Fraud Seminar
                               Provided to Hanover Insurance, Braintree MA

October 6, 1988                Auto Theft / Arson / Fraud Seminar
                               Provided to AMICA Insurance, Providence RI

Continuing Seminars Quarterly, AMICA Appraiser Training Staff

November 2, 1988               Auto Theft / Arson / Fraud Seminar
                               Provided to CIGNA Insurance, Quincy MA

December 13, 1988              Auto Theft / Arson / Fraud Seminar
                               Provided to Metropolitan Insurance, RI

January 14, 1989               Auto Theft / Arson / Fraud Seminar
                               Shrewsbury Police Department

January 24, 1989               Auto Theft / Arson / Fraud Seminar
                               Provided to Commonwealth Auto Reinsurers, Boston MA

April 26, 1989                 Auto Theft / Arson / Fraud Seminar
                               Provided to CIGNA Insurance, Quincy MA

May 9, 1989                    Auto Theft / Arson / Fraud Seminar
                               Provided to C.N.A. Insurance in Quincy MA

August 10, 1989                Auto Theft / Arson / Fraud Seminar
                               Ronnie's Salvage, Billerica MA

October 3, 1989                Auto Theft / Arson / Fraud Seminar
                               Provided to Norfolk & Dedham Group, Dedham MA

October 11, 1989    Auto Theft / Arson / Fraud Seminar
           Provided to Pennsylvania Auto Crime Investigators Association

October 18, 1989    Auto Theft / Arson / Fraud Seminar
           Provided to AMICA Insurance, Tucson AZ

December 6, 1989    Auto Theft / Arson / Fraud Seminar
           Provided to Metropolitan Insurance, Warwick RI

December 13, 1989    Auto Theft / Arson / Fraud Seminar
           Provided to AMICA Insurance, Providence RI

December 20, 1989    Auto Theft / Arson / Fraud Seminar
           Provided to Aetna Insurance, Brockton MA

February 7, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to Aetna Insurance in Brockton MA

March 21, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to FBI / NJ Police Academy, Gloucester NJ

April 11, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to AMICA Insurance, Providence RI

April 27, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to New Jersey Vehicle Theft Investigators Association

October 9, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to Nationwide Insurance, Springfield MA

October 17, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to Peerless Insurance, Rocky Hill CT

October 22, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to AMICA Insurance, Providence RI

October 30, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to International Technical Institute, Marco Island FL

October 1990    Auto Theft / Arson / Fraud Seminar
           Provided to International Association of Special Investigation
           Units, Seattle WA

November 5, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to State Farm Insurance, Denver CO

November 7, 1990    Auto Theft / Arson / Fraud Seminar
           Provided to Allstate Insurance, Denver CO

December 4, 1990    Auto Theft / Arson / Fraud Seminar

                          Provided to Hanover Insurance, North Dartmouth MA

December 17, 1990         Auto Theft / Arson / Fraud Seminar
                          Provided to Providence Police Dept., Providence RI

January 8, 1991           Auto Theft / Arson / Fraud Seminar
                          Provided to CIGNA Insurance, Quincy MA

January 16, 1991          Auto Theft / Arson / Fraud Seminar
                          Provided to Middlesex Mutual Insurance, Middletown CT

January 31, 1991          Auto Theft / Arson / Fraud Seminar
                          Provided to Progressive Insurance, Tampa FL

March 2, 1991             Auto Theft / Arson / Fraud Seminar
                          Provided to Burrilville Police Dept., Burrilville RI

March 4, 1991             Auto Theft / Arson / Fraud Seminar
                          Provided to FBI in Gloucester NJ

March 13, 1991            Auto Theft / Arson / Fraud Seminar
                          Providence Police Academy, Providence RI

April 5, 1991             Auto Theft / Arson / Fraud Seminar
                          Provided to Progressive Insurance, Tampa FL

April 9, 1991             Auto Theft / Arson / Fraud Seminar
                          Provided to Nationwide Insurance, Columbus OH

April 16, 1991            Auto Theft / Arson / Fraud Seminar
                          Provided to AMICA Insurance, Providence RI

April 25, 1991            Auto Theft / Arson / Fraud Seminar
                          NJ Vehicle Theft Investigators, Bordentown NJ

May 9, 1991               Auto Theft / Arson / Fraud Seminar
                          Provided to Metropolitan Insurance, King of Prussia PA

May 10, 1991              Auto Theft / Arson / Fraud Seminar
                          Provided to Pennsylvania Auto Crime Investigators Association

May 15, 1991              Auto Theft / Arson / Fraud Seminar
                          Provided to Erie Insurance, Erie PA

June 18, & 19, 1991       Auto Theft / Arson / Fraud Seminar
                          Provided to Nationwide Insurance in CT

June 20, 1991             Auto Theft / Arson / Fraud Seminar
                          Provided to Travelers Insurance in Bedford NH

July 1, 1991              Auto Theft / Arson / Fraud Seminar

Provided to Alliance of American Insurers, Charleston SC

July 11, 1991              Auto Theft / Arson / Fraud Seminar
                           Provided to Progressive Insurance, Queens NY

August 1, 1991             Auto Theft / Arson / Fraud Seminar
                           Provided to Progressive Insurance, Houston TX

September 18, 1991         Auto Theft / Arson / Fraud Seminar
                           Provided to Progressive Insurance, Columbus OH

October 9, 1991            Auto Theft / Arson / Fraud Seminar
                           Provided to The Robert Plan, Lynnbrook NY

November 1, 1991           Auto Theft / Arson / Fraud Seminar
                           Provided to GEICO Insurance, Woodbury NY

November 15, 1991          Auto Theft / Arson / Fraud Seminar
                           Provided to State Farm Insurance, BATF, and Philadelphia
                           Fire Marshals, Philadelphia PA

February 24, 1992          Fraud Seminar
                           American Society for Industrial Security, Atlanta GA

February 25, 1992          Auto Theft / Arson / Fraud Seminar
                           AMICA Insurance, Providence RI

March 5, 1992              Auto Theft / Arson / Fraud Seminar
                           Hanover Insurance, Auburn MA

March 16, 1992             Auto Theft / Arson / Fraud Seminar
                           General Accident Insurance, Orange CT

April 7, 1992              Auto Theft / Arson / Fraud Seminar
                           CHUBB Insurance, NJ

April 23, 1992             Auto Theft / Arson / Fraud Seminar
                           RI Adjusters Association

May 4, 1992                Auto Theft / Arson / Fraud Seminar
                           Travelers Insurance, Hartford CT

May 12, 1992               Auto Theft / Arson / Fraud Seminar
                           Aetna Insurance, Hartford CT

May 14, 1992               Auto Theft / Arson / Fraud Seminar
                           GEICO Insurance, Washington DC

May 15, 1992               Auto Theft / Arson / Fraud Seminar
                           AMICA Insurance, Baltimore MD

| | |
|---|---|
| June 16, 1992 | Auto Theft / Arson / Fraud Seminar<br>General Accident Insurance, Melville NY |
| September 9, 1992 | Auto Theft / Arson / Fraud Seminar<br>PIA, North Haven CT |
| September 18, 1992 | Auto Theft / Arson / Fraud Seminar<br>Travelers Insurance, Albany NY |
| September 24, 1992 | Auto Theft / Arson / Fraud Seminar<br>Travelers Insurance, East Meadow NY |
| October 9, 1992 | Auto Theft / Arson / Fraud Seminar<br>Metropolitan Insurance, Tewksbury MA |
| October 14, 1992 | Auto Theft / Arson / Fraud Seminar<br>Ohio Casualty, Philadelphia PA |
| October 14, 1992 | Workshops (2), Technical Aspects of Auto Give-up<br>New Jersey Special Investigators Association<br>Eatontown NJ |
| October 17, 1992 | Forensic Aspects of Auto Theft and Arson<br>Northeast Association of Forensic Scientists, Atlantic City NJ |
| October 22, 1992 | Auto Theft / Arson / Fraud Seminar<br>Metropolitan Insurance, Rocky Hill CT |
| November 4, 1992 | Seminar on Auto Theft Fraud<br>Indiana Anti-Car Theft Committee, Indianapolis IN |
| November 9, 1992 | Auto Theft / Fraud Workshop<br>Alliance of American Insurers Underwriting Management &<br>Technical Conference, New Orleans LA |
| November 11, 1992 | 1992 Advance Insurance Fraud Seminar<br>National Society of Professional Insurance Investigators<br>Columbus OH |
| November 18, 1992 | Law Enforcement Seminar<br>NY-NJ Anti-Car Theft Committee, General Motors Corp.<br>Tarrytown NY |
| December 1, 1992 | Auto Theft / Fraud Training<br>RI Police Academy |
| January 15, 1993 | Auto Theft / Arson / Fraud Seminar<br>Cromwell CT |
| January 21 & 22, 1993 | Auto Theft / VATS / Fraud Seminar |

MDA Insurance, NJ

| | |
|---|---|
| March 2, 1993 | Seminar – Accident Reconstruction<br>Great American Insurance, CT |
| May 25, 1993 | Auto Theft / Arson / Fraud Seminar<br>New Jersey State Police Training Center |
| August 3-8, 1993 | IAATI International Conference<br>Forensics for Law Enforcement, Boise ID |
| September 7-8, 1993 | Indiana Anti-Car Theft Committee Seminar<br>(For Law Enforcement Only), Indianapolis IN |
| September 23, 1993 | Auto Theft / Arson / Fraud Seminar<br>AMICA Insurance, Glen Rock NJ |
| November 2-3, 1993 | Auto Theft / Arson / Fraud Seminar<br>Progressive Insurance, Secaucus & Princeton NJ |
| February 3, 1994 | Auto Theft / Fraud / Marine Seminar<br>Continental Insurance, Princeton NJ |
| February 27, 1994 | Auto Theft / Arson / Fraud Seminar<br>Kansas City Arson Task Force, IAAI, & State Fire Marshal<br>Kansas City MO |
| March 15, 1994 | Auto Theft / Arson / Fraud Seminar<br>Ohio Chapter of the International Association of Arson<br>Investigators, Ohio Auto Theft Investigators Association, and<br>Cincinnati Police and Fire Departments, Cincinnati OH |
| April 19, 1994 | Auto Theft / Arson / Fraud Seminar<br>Western Canadian Auto Theft Investigators, Royal Canadian<br>Mounted Police, and Edmonton Police Service,<br>Edmonton, Alberta, Canada |
| May 4, 1994 | Northeast Regional Training Seminar<br>Insurance Fraud, Accident Reconstruction, Auto Theft, Fires<br>USAA Insurance Company |
| June 7, 1994 | Seminar, Reconstruction of Fire Scene, Auto / Marine<br>Penn. Association of Arson Investigators, Penn. State University |
| June 15, 1994 | Auto Theft / Arson / Fraud Practical Demo<br>Prudential Insurance NJ |
| July 7, 1994 | Auto Theft / Arson / Fraud Practical Demo<br>USAA Insurance, NJ |
| July 13, 1994 | Auto Theft / Arson / Fraud Seminar |

Peerless Insurance Home Office, Keene NH

| | |
|---|---|
| August 31, 1994 | Auto Theft / Arson / Fraud Seminar<br>American Family Insurance, Madison WI |
| September 12, 1994 | Indiana Anti-Car Theft Committee Seminar<br>(For Law Enforcement Only), Indianapolis IN |
| September 14, 1994 | Auto Theft / Arson / Fraud Seminar<br>International Association of Special Investigation Units<br>Minneapolis MN |
| September 16, 1994 | Auto Theft / Arson / Fraud Seminar<br>US F&G Insurance, Baltimore MD |
| October 11, 1994 | Auto Theft / Arson / Fraud Seminar<br>Bankers & Shippers Insurance & NCICIE, Greensboro NC |
| October 19, 1994 | Auto Theft / Arson / Fraud Seminar<br>USAA Insurance, New Seabury MA |
| October 27, 1994 | Auto Theft / Arson / Fraud Seminar<br>Norfolk & Dedham Insurance, Norwood MA |
| December 19, 1994 | Auto Theft / Arson / Fraud Seminar<br>State Farm Insurance, NICB, and Washington State Police<br>Seattle WA |
| February 3 & 4, 1995 | Southeast Regional IAAI Seminar: Vehicle Fires with Live<br>Burn Exercises, Gulf Shores AL |
| April 3-5, 1995 | Auto Theft / Arson / Fraud Seminar<br>USAA Insurance Corporate HQ, San Antonio TX |
| April 10-12, 1995 | Auto Theft / Arson / Fraud Seminar<br>Ohio Chapter IAAI, Ohio Theft Investigators Association<br>Cincinnati OH |
| May 19, 1995 | Auto Theft / Arson / Fraud Seminar<br>IASIU Regional, Richmond VA |
| May 20, 1995 | Auto Theft / Arson / Fraud Seminar<br>Warren County Arson Task Force, Cincinnati OH |
| May 31, 1995 | Auto Theft / Arson / Fraud Seminar<br>USAA Insurance, Long Island NY |
| June 8, 1995 | Auto Theft / Arson / Fraud Seminar<br>Nationwide Insurance Training Facility, Columbus OH |
| June 13, 1995 | Use of Forensic and Engineering Testimony in Insurance Fraud |

|  | Cases, Philadelphia Association of Defense Counsel, Philadelphia PA |
|---|---|
| June 15, 1995 | Auto Theft / Arson / Fraud Seminar<br>Peerless Insurance, Rocky Hill CT |
| July 13, 1995 | Auto Theft / Arson / Fraud Seminar<br>USAA Insurance, Detroit MI |
| September 27, 1995 | Auto Theft / Fraud / Arson Seminar<br>State Farm Insurance, Tennessee Statewide |
| October 19, 1995 | Auto Theft / Fraud / Arson Seminar<br>Mississippi Fire Investigators Association Annual Meeting<br>Vicksburg MS |
| November 9, 1995 | Advanced Insurance Fraud Seminar<br>National Society of Professional Insurance Investigators<br>Columbus OH |
| February 9, 1996 | Auto Theft / Fraud / Arson Seminar<br>US F&G Insurance National Academy, Phoenix AZ |
| March 1, 1996 | Auto Theft / Fraud / Arson Seminar<br>Tennessee Claims Association, Nashville TN |
| March 21, 1996 | Auto Theft / Fraud / Arson Seminar<br>Safeco Insurance, Richmond VA |
| March 29, 1996 | Auto Theft / Fraud / Arson Seminar<br>State Adjusters Association of Indiana, Indianapolis IN |
| May 1-3, 1996 | Auto Theft / Fraud / Arson Seminar<br>Fire Investigation School, The Tennessee Advisory Committee<br>On Arson, Murfreesboro TN |
| May 8, 1996 | Auto Theft / Fraud / Arson Seminar<br>Madison County Sheriff's Dept., Jackson TN |
| June 17, 1996 | Auto Theft / Fraud / Arson Seminar<br>US F&G Insurance, Birmingham AL |
| June 18, 1996 | Auto Theft / Fraud / Arson Seminar<br>Allstate Insurance, Birmingham AL |
| June 26, 1996 | Auto Theft / Fraud / Arson Seminar<br>Netherlands Insurance, Keene NH |
| September 20, 1996 | Auto Theft / Fraud / Arson Seminar<br>Puget Sound Special Investigators, Seattle WA |

| | |
|---|---|
| January 21, 1997 | Auto Theft / Fraud / Arson Seminar<br>Regional Auto Theft Team, Baltimore MD |
| January 22, 1997 | Auto Theft / Fraud / Arson Seminar<br>Nationwide Insurance, Memphis TN |
| February 6, 1997 | Auto Theft / Fraud / Arson Seminar<br>ICIE, Charlotte NC |
| March 12, 1997 | Auto Theft / Fraud / Arson Seminar<br>Tennessee / Arkansas IAAI, Memphis TN |
| April 24, 1997 | Auto Theft / Fraud / Arson Seminar<br>Connecticut Insurance Day, Hartford CT |
| May 3, 1997 | Auto Theft / Fraud / Arson Seminar<br>Tennessee Claims Association, Memphis TN |
| May 7, 1997 | Auto Theft / Fraud / Arson Seminar<br>Pennsylvania Claims Association, Newportville PA |
| May 19, 1997 | Auto Theft / Fraud / Arson Seminar<br>Alliance of American Insurers, Orlando FL |
| May 22, 1997 | Auto Theft / Fraud / Arson Seminar<br>Nationwide Insurance and the NC State Prosecutors Office<br>Charlotte NC |
| June 20, 1997 | Auto Theft / Fraud / Arson Seminar<br>GEICO Insurance, Melville NY |
| July 9, 1997 | Auto Theft / Fraud / Arson Seminar<br>American Reinsurers, Police and Fire Departments<br>Columbus GA |
| July 19, 1997 | Auto Theft / Fraud / Arson Seminar<br>State Farm Insurance, Police and Fire Departments<br>Columbus GA |
| September 17, 1997 | Auto Theft / Fraud / Arson Seminar<br>International Association of Arson Investigators<br>Shreveport LA |
| October 17, 1997 | Auto Theft / Fraud / Key Pathway Seminar<br>Progressive Insurance SIU, Atlanta GA |
| October 21, 1997 | Auto Theft / Fraud / Arson Seminar<br>Alliance of American Insurers, Orlando FL |
| November 19-21, 1997 | Seminar: Key Pathway, Auto Arson, Mechanical Analysis |

|                    | And Forensic Locksmithing<br>Florida Advisory Committee on Arson Prevention, 21st Annual<br>Seminar, Florida State Fire College, Ocala FL |
|---|---|
| January 14, 1998   | Auto Theft / Fraud / Arson Seminar<br>Insurance Women's Seminar, Fall River MA |
| February 10, 1998  | Auto Theft / Fraud / Arson / Key Pathway Seminar<br>Georgia Auto Theft Intelligence Council<br>Savannah GA |
| March 11, 1998     | Auto Theft / Fraud / Arson Seminar<br>Cooperative Fire Insurance, Burlington VT |
| March 26, 1998     | Auto Theft / Fraud / Arson Seminar<br>Georgia Auto Theft Unit, Duluth GA |
| April 16, 1998     | Auto Theft / Fraud / Arson Seminar, Key Pathway Seminar<br>IASIU, Tallahassee FL |
| April 27, 1998     | Auto Theft / Fraud / Key Pathway Seminar<br>State Attorneys, State of Arizona, Phoenix AZ |
| June 15, 1998      | Auto Theft / Fraud / Arson / Key Pathway Seminar<br>IAATI, Decatur GA |
| June 22, 1998      | Auto Theft / Fraud / Arson Seminar<br>USAA Insurance, Billerica MA |
| July 1, 1998       | Auto Theft / Fraud / Key Pathway Seminar<br>For Metropolitan Insurance SIU<br>NETS facility, Fall River MA |
| August 4, 1998     | Auto Theft / Fraud / Key Pathway Seminar<br>Premier Insurance, Fort Washington PA |
| August 24, 1998    | Auto Theft / Fraud / Key Pathway Seminar<br>For North Carolina Farm Bureau Insurance<br>NETS facility, Fall River MA |
| August 25, 1998    | Auto Theft / Fraud / Key Pathway Seminar<br>For GRE Insurance, NETS facility, Fall River MA |
| September 3, 1998  | Auto Theft / Fraud / Key Pathway Seminar<br>Progressive Insurance, Phoenix AZ |
| September 29, 1998 | Auto Theft / Fraud / Arson Seminar<br>Florida Arson Seminar, Orlando FL |
| October 27, 1998   | Auto Theft / Fraud / Key Pathway Seminar |

Pennsylvania Auto Crimes Investigators Association
Philadelphia PA

| | |
|---|---|
| November 4, 1998 | Auto Theft / Arson / Key Pathway Seminar<br>Florida Fire Marshals Conference, Clearwater Beach FL |
| November 10-11, 1998 | Auto Theft / Arson / Key Pathway Seminar<br>Nationwide Insurance, Police personnel, State's Attorneys<br>And Prosecutors, Miami FL |
| January 19, 1999 | Auto Theft / Arson / Key Pathway Seminar<br>Miami Dade Police Institute, Miami FL |
| March 23, 1999 | Auto Theft / Key Pathway Seminar<br>For Allstate Insurance, NETS facility, Fall River MA |
| April 1, 1999 | Auto Theft / Arson / Key Pathway Seminar<br>Florida Arson Control and Prevention, and State Farm Insurance<br>Jacksonville FL |
| April 2, 1999 | Key Pathway Training<br>Florida Law Enforcement Agencies, Jacksonville Region<br>Northeast Florida Investigative Support Center<br>Jacksonville FL |
| May 5, 1999 | Auto Fraud / Key Pathway Seminar<br>Metropolitan Insurance, Tampa FL |
| May 6, 1999 | Auto Fraud / Key Pathway Seminar<br>AIG Insurance, Conshohocken PA |
| May 7, 1999 | Photographic Techniques for Law Enforcement<br>Westport MA |
| May 25, 1999 | Combating Fraudulent Auto Theft Claims<br>Kentucky Chapter IASIU, Louisville KY |
| May 27, 1999 | Training Seminar: Key Pathway Analysis<br>Forensic Institute, Central Piedmont Community College<br>Charlotte NC |
| June 2, 1999 | Auto Theft / Fraud / Key Pathway Seminar<br>Allstate Insurance, Bedford NH |
| June 22, 1999 | Auto Theft / Fraud / Key Pathway Seminar<br>Louisiana Chapter IASIU, New Orleans LA |
| July 15 & 16, 1999 | Key Pathway for Law Enforcement<br>Assistant DA for State of Alabama, Jefferson County<br>Sheriff's Department, NETS Facility, Fall River MA |

August 20, 1999                Auto Theft / Fraud / Key Pathway Seminar
                               Tennessee Chapter IAAI
                               Gatlinburg TN

November 8, 1999               Auto Theft / Fraud / Key Pathway Seminar
                               South Carolina Insurance Fraud Investigators
                               Columbia SC

November 11, 1999              Auto Theft / Fraud / Key Pathway Seminar
                               1999 Advanced Insurance Fraud Seminar
                               National Society of Professional Insurance Investigators
                               Cincinnati, OH

December 20, 1999              Auto Theft / Fraud / Key Pathway Seminar
                               German, OH Township Police Dept.
                               NETS Facility, Fall River MA

January 5, 2000                Auto Theft / Fraud / Key Pathway Seminar
                               Progressive Insurance
                               Newport News VA

January 14, 2000               Auto Theft / Fraud / Key Pathway Seminar
                               NEAIFI
                               Metropolitan P&C facility, Lowell MA

February 25, 2000              Auto Theft / Fraud / Key Pathway Seminar
                               Allstate Insurance, New Orleans PD
                               Covington LA

March 1, 2000                  Auto Theft / Fraud / Key Pathway Seminar
                               Allstate Insurance and local law enforcement
                               Little Rock AR

March 10, 2000                 Auto Theft / Fraud / Key Pathway Seminar
                               Georgia Fire Investigator's Association Inc.
                               Columbus GA

April 7, 2000                  Auto Theft / Fraud / Key Pathway Seminar
                               Progressive Insurance
                               Indianapolis IN

April 13, 2000                 Auto Theft / Fraud / Key Pathway Seminar
                               14th Annual Claims Adjusting Seminar
                               Powers, McNalis, Moody & Groelle
                               Ft. Lauderdale, FL

May 4, 2000                    Auto Theft / Fraud / Key Pathway Seminar
                               IAAI
                               Burlington NC

May 9, 2000                    Auto Theft / Fraud / Key Pathway Seminar

Utah Chapter IASIU
Salt Lake City UT

June 22, 2000                  Auto Theft / Fraud / Key Pathway Seminar
                               Travelers Insurance
                               NETS Facility, Fall River MA

Oct. 19, 2000                  Auto Theft / Fraud / Key Pathway Seminar
                               St. Louis Chapter IASIU
                               St. Louis MO

Nov. 1, 2000                   Forensics and Key Pathway Analysis
                               Insurance Institute of Indiana
                               Indianapolis, IN

Feb. 17, 2001                  Key Pathway Training
                               Provided to IAIL
                               Fall River, MA

March 22, 2001                 Auto Theft / Fraud / Key Pathway Seminar
                               Nationwide Insurance
                               Harrisburg PA

March 28, 2001                 Auto Theft / Fraud / Key Pathway Seminar
                               Indiana Insurance Company
                               Cincinnati, OH

April 30, 2001                 Auto Theft / Fraud / Key Pathway Seminar
                               Taunton Insurance Agents
                               Taunton, MA

May 16, 2001                   Key Pathway Seminar
                               Virginia Chapter IASIU and the Virginia State Police Insurance
                               Fraud Division
                               Richmond, VA

June 28, 2001                  Key Pathway Seminar
                               Provided to Pilgrim Insurance
                               NETS Facility, Fall River MA

Sept. 12, 2001                 Forensics in Fraud Examinations
                               Massachusetts Association of Insurance Women Inc.
                               Fall River, MA

Oct. 9, 2001                   Key Pathway Seminar
                               Indiana Chapter, National Society of Professional Insurance
                               Investigators
                               Indianapolis, IN

Oct. 17, 2001                  Auto Theft / Arson / Key Pathway Seminar

47th Annual Conference, Oklahoma Chapter, IAAI
Tulsa, OK

| | |
|---|---|
| June 28-30, 2002 | Auto Theft / Arson / Key Pathway Seminar
International Association of Investigative Locksmiths
Inaugural Educational Conference
Atlantic City NJ |
| July 30, 2002 | Forensic Locksmithing, Key Pathway
Advanced Special Investigation School
Farmers Insurance
Simi Valley, CA |
| October 17, 2002 | Transponder Vehicles
NY SSIU Conference
Batavia, NY |
| March 5, 2003 | Auto Theft / Fraud / Key Pathway Seminar
IASIU
San Diego, CA |
| March 5, 2003 | Auto Theft / Fraud / Key Pathway Seminar
Permanent General Insurance
Mission Viejo, CA |
| March 6, 2003 | "Forensic Lock Analysis and Insurance Fraud"
California District Attorneys Association
Insurance Fraud Seminar
Garden Grove CA |
| April 23, 2003 | Key Pathway / Transponder Systems
Northern California Fraud Investigators Association
Monterey, CA |
| June 11, 2003 | "Auto Theft, Was it Really Stolen?"
Louisiana State Chapter IASIU Conference
New Orleans, LA |
| June 12, 2003 | "Transponders and Other Anti-Theft Devices"
Florida Insurance Fraud Education Committee
DIF/SIU Joint Conference
Orlando FL |
| June 18, 2003 | Transponders, Light Bulb Analysis, Accident Reconstruction, Auto Theft, Arson
Safeco Insurance, New Britain CT |
| July 10, 2003 | Key Pathway / Transponder Systems
CNA Insurance, Nashville TN |
| February 26, 2004 | Auto Theft / Arson / Key Pathway Seminar |

|                   | Mississippi Chapter IASIU<br>Ridgeland MS |
|-------------------|-------------------------------------------|
| April 7, 2004     | Auto Theft / Key Pathway / Transponder Systems<br>NY Chapter IASIU<br>Saratoga Springs, NY |
| June 8, 2004      | Auto Theft / Arson / Key Pathway / Transponder Systems<br>Sentry Insurance<br>Richmond, VA |
| July 22, 2005     | Auto Theft / Key Pathway / Transponder Systems<br>The Concord Group<br>Auburn ME |
| August 5, 2005    | Auto Theft / Key Pathway / Crash Data Retrieval /Transponder Systems<br>Nationwide Insurance<br>Rocky Hill CT |
| Sept. 14, 2005    | "Forensics of Auto Theft: Key Pathway, Transponder Systems, Etc."<br>GEICO<br>Lakeland FL |
| Nov. 15, 2006     | "Auto Theft Trends"<br>New York Anti Car Theft & Fraud Association Annual Education Conference for Insurance Claims and SIU Personnel<br>Melville NY |

**Published Articles:**

"Forensic Analysis of Lock Assemblies" IASIU Journal, March 1995

"Unlocking the Truth" IASIU Journal, March 2001

"Teeing Off on Fraudulent Hail Claims" IASIU Journal, September 2001

"Spoliation of Evidence for the Field Technician" IAIL Journal Oct. 2002

"Examining Reported Stolen and Burnt Vehicles: A Multi-Disciplinary Approach" and Evidence for the Field Technician" New Jersey Vehicle Theft Investigators Website, Sept. 2001

**The following list represents courts where I have qualified to testify as an expert witness:**

District Courts:

Fall River, New Bedford, Milford, Worcester, Cambridge, South Boston, Hingham, Quincy, Braintree, Brockton, Somerville, Lowell, Lawrence, Stoughton, Malden, Clinton, Roxbury, Fitchburg, Framingham, Concord, Chelsea, Springfield, and Wareham, MA
Providence, RI
Nashville, TN
New York, NY
Louisville, KY

Boston Municipal Court

Superior Courts:

Dedham, Lowell, Bristol County, Suffolk County, Worcester MA; N. Haverhill NH; Whatcom County, Bellingham WA

Federal Courts:

Wichita, KS; Cleveland, OH; Louisville, KY; Bridgeport, CT

I have also qualified in the states of Pennsylvania, Rhode Island, Kansas, New Hampshire, Tennessee, Ohio, Oklahoma, Maine, Missouri, New Jersey, South Carolina, Virginia, California, Connecticut, Maryland, Michigan, New York, Louisiana, Florida and Washington.

I presently have cases pending in Mississippi, Pennsylvania, Minnesota, Missouri, New Jersey, Connecticut, Massachusetts, Rhode Island, Washington, New Hampshire, California, Tennessee, Florida, Idaho, Hawaii, and LaPaz, Bolivia. In the twenty-five years in which I have been doing this type of work I have testified in between three and four hundred cases. I have never failed to qualify in any court, US or international.

> Richard J. Pacheco, CFEI, ABFE, MFE, CFL
> Consultant to NETS, Inc.,
> Fire and Police Departments
> Master Forensic Examiner
> Fellow, American College of Forensic Examiners
> Diplomate, Board Certified Forensic Examiner,
> American Board of Forensic Examiners
> Member, North East Association of Forensic Scientists
> Society of Automotive Forensic Examiners
> American Board of Forensic Examiners

EXHIBIT B

# Sgt. Paul F. Letsche Jr., #1357
## Massachusetts State Police

### CURRENT POSITION

- Division of Field Services/ H-Troop/ State Police Barracks Framingham
  February 2006 to Present

### QUALIFICATIONS

- Certified Massachusetts Fire Investigator on December 5, 1998 by the
  Massachusetts Public Safety Fire Investigator Certification Coalition/
  Massachusetts Firefighting Academy
- Certified IAAI Fire Investigator on July 16, 2003 by the International
  Association of Arson Investigator, Inc.

### DUTIES & RESPONSIBILITIES

- Supervise and monitor troopers assigned
- Conduct roll calls, assign patrol routes, delegate tasks
- Review and approve reports
- Review and approve payroll

### FORMER POSITION

- State Police Detective Sergeant/ Division of Investigative Services/ Fire &
  Explosion Investigation Section/ South Team Supervisor
  October 2004 to February 2006
- Massachusetts state Police Public Affairs Section
  January 2004 to October
- State Police Detective/ Division of Investigative Services/ Fire & Explosion
  Investigation Section/ District State Fire Marshal Plymouth County
  February 1993 to January 2004
- State Trooper/ Field Operations, Troops C& E
  December 1986 to February 93
- State Police Academy
  July 1986 to December 1986

1

## EDUCATION

- Construction Technology Certificate/ Don Bosco Technical High School Boston, MA
  September 1973 to June 1977
- Bachelor of Science in Marine Engineering/ Massachusetts Maritime Academy Buzzards Bay, MA
  September 1978 to May 1982
- Licensed Third Assistant Engineer Steam and Motor Vessel any Horsepower
  May 1982 to May 1988
- Marine Firefighting School/ Massachusetts Fire Academy Barnstable, MA
  Fall 1981
- U.S. Navy Firefighting School/ Norfolk, VA
  October 1987
- Master of Arts in Criminal Justice/ Anna Maria College Paxton, MA
  April 1989 to May 1990

## COURT QUALIFICATIONS

- Court Qualified as Expert Witness/ Fire Origin & Cause/ U.S. Federal Court/ U.S. Vs Awon & St. Louis Docket # 95-10309-GAO
  April 1996
- Court Qualified as Expert Witness/ Fire Origin & Cause/ Norfolk County Superior Court/ Maria Fernandes vs. Arbella Ins. Co.
  September 1996
- Court Qualified as Expert witness/ Fire Origin & Cause/ District Court Stoughton, Norfolk County/ Nadia Jean-Michelle D/B/A Impeccable Beauty Unisex Saloon vs. Aetna Insurance Company
  January 1599
- Testified before the Plymouth County Grand Jury on numerous occasions
- Testified in Plymouth Superior Court regarding Double Homicide/ Arson Cs# 93-117-2000-0103
  November 1995

## AWARDS & COMMENDATIONS

- Letter of Commendation from Bureau Commander regarding arrest and convictions for General alarm Fire in the Village Section of the City of Brockton.**November 13, 1996**
- Certificate of Commendation for outstanding performance in the course of duty from Section Commander **November, 1998**

2

## ORGANIZATIONS

- Member of the Massachusetts Chapter of the International Association Of Arson Investigators
- Plymouth County Juvenile Firesetters Program
- Plymouth County Detectives Organization

## TRAINING

- 1-06/ Case Study-Everett Fire & NFPA 921 Review/ 6 Hrs Tested
- 11-05/ An Attorney's Approach to Fire Origin and Cause 7 CFI trainer Program/ 6 Hrs Tested
- 11-03/ Forensic Evidence/ Auburn, MA/ 6 Hrs Tested
- 9-03/ Heating Systems Fires/ Maynard, MA/ 6 Hrs Tested
- 4-03/ DNA, Blood & Fire Debris Analysis/ Boston, MA/ 8 Hrs Tested
- 1-03/ Fatal Fire & Explosion Scene Investigations/ Boston, MA/ 6 Hrs Tested
- 6-02/ Vehicle Fires, Fatal Fires and Abandoned Building Project/ Barnstable, MA/ 15 hrs Tested
- 5-02/ Incident Response to Terrorist Bombings Training Course/ New Mexico Tech (EMRTC) New Mexico/ 32 Hrs Tested
- 4-02/ Fire Investigation Course-Boston Fire Department/ Boston, MA/ 18 Hrs Tested
- 3-02Fire Scene Reconstruction and Documentation/ North Andover, MA/ 6 Hrs Tested
- 2-02/ Law Enforcement Response to WMD Incidents-Awareness Level, Department of Justice Louisiana State University/ Stow, MA/ 16 Hrs Tested
- 2-02/ Expert Testimony and NFPA 921/ Stow, MA/ 8 Hrs
- 1-02/ Post Fire Investigation of Electrical Components/ Boston, MA/ 6 Hrs tested
- 12-01/ Eco-Terrorism seminar/ Marlboro, MA/ 8 Hrs
- 11-01/ Basic Fire Science and Fire Investigation/ Franklin, MA/ 12 Hrs Tested
- 9-01/ Marine Fire Fighting Task Force Level 3-Technician Course/ Boston, MA/ 8 Hrs
- 3-01/ ISE Fire Causes Involving Residential Heating Systems/ Stow, MA/ 4 Hrs
- 1-01/ Blood Born Pathogens/ Stow, MA/ 3 Hrs
- 1-01/ Foreasic Photography/ Boston, MA/ 6 Hrs Tested
- 10,11-00/ Juvenile Firesetter Intervention Program/ Framingham, MA/ 15 Hrs
- 9-00/ Marine Fire Fighting Task Force Level-2 Operations Course/ Boston, MA/ 8 Hrs
- 6-00/ Structural Hazards/ Stow, MA/ 3 Hrs
- 3-00/ Actual case uses of Fire Modeling, Lessons learned from major cases/ North Andover, MA/ 6 Hrs Tested

3

- 1-00/ Terrorism, Fraud legal issues/ Boston, MA/ 6 Hrs Tested
- 11-99/ Electrical Fires, Vehicle Fires/ Auburn, MA/ 6 Hrs Tested
- 10-99/ Hazardous Materials, First Responder Operational/ New Braintree, MA/ 24 Hrs
- 4-99/ Bomb Threat Protocol/ Stow, MA/ 6 Hrs
- 3-99/ Non-verbal clues to detect deceit/ Intro of InterFire Interactive CD-Rom for Fire Investigation/ North Andover, MA/ 6 Hrs Tested
- 2-99/ Search Warrants/ Stow, MA/ 6 Hrs
- 12-98/ Interview and Interrogation/ Stow, MA/ 8 Hrs
- 11-98/ Investigation of Fire protection systems, Hazards at the Fire Scene/ Norwood, MA/ 6 Hrs Tested
- 10-98/ NFPA 921 Fire and Explosion Investigations/ Stow, MA/ 8 Hrs
- 9,10-98/ Post-Blast Investigation/ ATF/ Franklin, MA/ 16 Hrs Tested
- 9-98/ Explosives/ Maynard, MA/ 6 Hrs Tested
- 6-98/ Sprinkler Systems/ Stow, MA/ 6 Hrs
- 6-98/ Hazmat Training/ Stow, MA/ 6 Hrs
- 5-98/ Children and Fire- A Bad Match/ Plymouth, MA/ 6 Hrs Tested
- 4-98/ Juvenile Fire Setters / Stow, MA/ 8 Hrs
- 3-98/ Statement Analysis, scientifically Based Fire Investigative Techniques/ Auburn, MA/ 12 Hrs Tested
- 1-98/ Spoliation of Evidence, NFPA 921/ Boston, MA/ 6 Hrs Tested
- 11-97/ Advanced Arson/ New Braintree, MA
- 11-97/ Propane Fires & Explosions, Using NFPA 921/ Auburn, MA/ 6 Hrs Tested
- 11-97/ Advanced Arson Program/ New Braintree, MA/ 40 Hrs Tested
- 8-97/ Post Blast Investigators School/ FBI Academy/ 40 Hrs Tested
- 5-97/ Mock Trial & Trial Preparation/ Barnstable, MA/ 12 Hrs Tested
- 3-97/ Investigation of Fatal Fires/ Boston, MA/ 6 Hrs Tested
- 1,2-97/ Basic Arson/ Fire Photography/ Stow, MA/ 16 Hrs
- 1-97/ Computer Modeling and Design/ Foxboro, MA/ 5.5 Hrs Tested
- 12-96/ Fire and Arson Investigation/ Mass. Fire Academy/ 40 Hrs Tested
- 11-96/ Electrical Fires/ Auburn, MA/ 5.5 Hrs Tested
- 10-96/ Advanced Reid Interviewing and Interrogation/ E. Boston, MA/ 16 Hrs
- 10-96/ Initial Fire Investigation/ National Fire Academy (Regional Delivery)/ 40 Hrs Tested
- 9-96/ Safety & survival on the Fire Ground & Wood Frame Building Collapse/ Worcester, MA/ 5 Hrs Tested
- 9-96/ Reid Interviewing and Interrogation/ New Braintree, MA/ 24 Hrs
- 5-96/ Appliance Failures and Fires/ Barnstable, MA/ 11 Hrs Tested
- 3-96/ Fire and Arson Investigation/ Stow, MA/ 28 Hrs Tested
- 3-96/ Issues and Ethics in Fire Investigations/ Boston, MA/ 6 Hrs Tested
- 1-96/ Making a successful Civil Case, Developing and Finding Profiles with Public Information and Surveillance/ 6.5 Hrs Tested

4

- 5-95/ Fire dynamics, Case Preparation, defending Civil Cases, Flashover Vs Flammable Liquid burn Patterns & Environmental Considerations/ Barnstable MA/ 16.5 Hrs Tested
- 5,6-95/ Basic Arson & Fire Photography/ Stow, MA/ 16 Hrs
- 4-95/ Basic fire and arson Investigation, Fire Marshal's Office/ Boston, MA/ 40 Hrs Tested.
- 3-95/ Marine Fires, Case Preparation, Metallurgy, Spalling and Wood Burning, North Andover, MA/ 11 Hrs Tested
- 2-95/ Juvenile Firesetter Intervention Training/ Middleboro, MA/ 16 Hrs
- 1-95/ Expert witness Testimony, Court room demeanor, Investigations of Large Loss Fires and the Black Hole/ Boston, MA/ 6 Hrs Tested
- 12-94/Arson Investigation and Prosecution/ Hampden County District Attorney's Office/ Springfield, MA/ 10.5 Hrs Tested
- 11-94/ Basic & advanced Kinesic Interview & Interrogation Techniques, The Seattle serial Arson Case, The sno-Ring Arson Task Force/ Mansfield, MA/ 12 Hrs Tested
- 9-94/ Bringing Your evidence from scene to Court, defending Defense Tactics in an Arson Trial, Understanding Spontaneous Heating and Ignition/ Wachusett MA/ 5.5 Hrs Tested
- 3-94/ Juvenile Fire Setter, Automatic Sprinkler Systems/ N. Andover, MA/ 6 Hrs Tested
- 12-93/ Arson Investigation and Prosecution/ Hampden County District Attorney's Office/ Springfield, MA/ 10.5 Hrs Tested
- 12-93/ Arson Fraud Investigation Seminar/ Braintree, MA/ 16 Hrs
- 10-93/ ATF Post Blast Investigation/ Fort Devens/ 24 Hrs
- 7-93/ Arson Seminar, Saint Anselem College/ Manchester, NH/ 40 Hrs Tested
- 5-93/ Fatal fire, Cause & Origin, Insurance and the "Civil Case", Interfacing with the Public sector, ATF Asset Forfeiture & Report Writing, NFPA major Fire Cases/ Mansfield, MA/ 22 Hrs Tested
- 5-93/ Accelerant Evidence Collection/ Holoyoke, MA/ 8 Hrs
- 2-93/ Basic Investigation/ New Braintree, MA/ 40 Hrs

5

# INTERNATIONAL ASSOCIATION OF ARSON INVESTIGATORS, INC.

| 12770 Boenker Road | St. Louis, MO 63044 | Telephone: 314/739-4224 | Fax: 314/739-4219 |
|---|---|---|---|

August 26, 2003

Paul Francis Letsche, Jr., IAAI-CFI
Massachusetts State Police
P.O. Box 1025
State Road
Stow, MA 01775

RE:    CFI Testing Status

Dear Paul

Congratulations!

You have successfully passed the International Association of Arson Investigators examination to become a Certified Fire Investigator by the Association.

Enclosed, please find your certification and wallet card designating this professional recognition.

Your certification will expire on 7/16/08 unless you have met the requirements for recertification and have so notified the Certification Committee by submission of supporting documentation.

Again, congratulations on your achievement.

Sincerely,

R. Kirk Hankins

R. Kirk Hankins, IAAI-CFI, Chair
International Certification Committee

RKH/mcs

Enclosures





*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Massachusetts Public Safety Fire Investigator Coalition*
*State Road - Post Office Box 1025*
*Stow, Massachusetts 01775*
*(978)567-3200  Fax:(978)567-3200*

ARGEO PAUL CELLUCCI
GOVERNOR

JANE SWIFT
LIEUTENANT GOVERNOR

JANE PERLOV
SECRETARY

February 23, 1999

Mr. Paul F. Letsche Jr.
9 Ox Bow Lane
Randolph, Massachusetts 02368

Dear Candidate:

On behalf of the Massachusetts Public Safety Fire Investigator Certification Coalition, it is my pleasure to inform you that you have passed the Fire Investigator certification examination, and you are now certified as a Fire Investigator in the Commonwealth of Massachusetts.

Your certificate is enclosed. At a future date, you will receive information regarding recertification requirements. In addition, you may use the following title after your name which designates your certification achievement; Mr. Paul F. Letsche Jr., Massachusetts Certified Fire Investigator.

This certification indicates that you have successfully demonstrated the knowledge, skills, and/or abilities required by the MPSFICC for the level of Fire Investigator. The objectives adopted for this level are those found in the National Professional Qualifications System Standard 1033, Fire Investigator.

Your certificate is valid for *five years* from the date of issue.

Congratulations on this achievement.

Sincerely,

William M. Hollick, Director
Massachusetts Firefighting Academy
Staff Liaison to the Massachusetts Public Safety Fire Investigator Certification Coalition

Enclosure: Certificate
cc: Chief of Department







# The Commonwealth of Massachusetts

## Department of Fire Services

### Office of the State Fire Marshal

# DELEGATION OF AUTHORITY

In accordance with the provisions of Section 4 of Chapter 148 of the General Laws, Ter. Ed. (as amended), I hereby delegate the authority therein vested in me to:

## Tpr. Paul F. Letsche

### *Fire and Explosion Investigation Unit*

#### *Office of the State Fire Marshal*

Given under my hand at Stow, Massachusetts, this 10th day of January, 1995.

*Stephen D. Coan, State Fire Marshal*

General Laws, Chapter 148, Section 4

The marshal, as the head of the fire department or any person to whom the marshal or the head of the fire department may delegate such authority, may, at the performance of their duties, enter at all reasonable hours in or upon any premises or building or any part thereof within their respective jurisdictions for the purpose of inspection or of investigating the cause of fire or explosion therein, and to that end may enter at all reasonable hours in or upon any building or premises within their respective jurisdictions for the purpose of inspection, section four of chapter twenty-two D. In this chapter referred to as marshal, or the head of the fire department, shall make any inspection here or any building or other premises or structure necessary to make inspection or investigation, national here, in or under the provisions of this chapter...

The marshal or the head of a fire department to whom in any delegate authority shall make an inspection every three months of institutions referred by the state building code, to the code of and make the appropriate list of the department of public health or licensed by the department, and shall make a report of such inspection to each such institution in form required to be retained by such department for the purpose. Said marshal or such head of a fire department shall also make or inspected every three months of the premises specified in subsection b of inspector's board under chapter one hundred and forty.

# MORRISON, MAHONEY & MILLER

### COUNSELLORS AT LAW

Lawrence A. Dugan
617-439-7572

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500
FACSIMILE 617-439-7590

| | |
|---|---|
| **MASSACHUSETTS** | **MICHIGAN** |
| BOSTON | GRAND RAPIDS |
| RAYNHAM | SOUTHFIELD |
| SPRINGFIELD | |
| WORCESTER | CALIFORNIA |
| YARMOUTH PORT | SAN FRANCISCO |
| **RHODE ISLAND** | **NEW YORK** |
| PROVIDENCE | NEW YORK |
| **CONNECTICUT** | **ENGLAND** |
| HARTFORD | LONDON |

October 2, 1997

Trooper Paul Letsche
Massachusetts State Police - Middleborough Barracks
326 West Grove Street
Middleborough, MA  02346

   Re: Expert Witness Qualification

Dear Trooper Letche

   This will certify that you were found qualified by the Norfolk Superior Court, Judge John J. O'Brien presiding, to testify as an expert witness in the area of fire cause and origin investigation and permitted to offer to the jury your opinion as to the probable origin and cause of the fire that occurred on December 25, 1993 at 7 West Alden Avenue, Randolph, Massachusetts. In that action, <u>Manuel Fernandez v. Arbella Mutual Insurance Company</u>, Docket No. 95-843, you were presented as a witness under subpoena for the defendant insurer.

   If you have any questions, or if we may be of further assistance, please feel free to telephone.

       Very truly yours,

       MORRISON, MAHONEY & MILLER

       Lawrence A. Dugan

LAD:rmc



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

1003 J.W. McCormick Building P.O. & Courthouse
Boston, Massachusetts 02109

October 7, 1997

Massachusetts State Police Trooper Paul Letsche
Massachusetts State Police
P.O. Box 1025
State Road
Stow, MA 01775

Dear Trooper Letsche:

This letter will serve as confirmation that in April, 1996, in United States District Court in Boston, Massachusetts, you were found qualified by District Court Judge George O'Toole as an expert in the cause and origin of fires. Accordingly, you were permitted by Judge O'Toole to testify in that capacity in the matter of <u>United States v. Fred Awon and James St. Louis</u>, No. 95-10309-GAO, an arson prosecution arising out of an investigation which you conducted in conjunction with the Brockton Fire Department and the Bureau of Alcohol, Tobacco, and Firearms.

Very truly yours,

DONALD K. STERN
United States Attorney

By:

James Lang
Assistant U.S. Attorney

THE COMMONWEALTH OF MASSACHUSETTS

TRUE COPY ATTEST:
*Loren E. Hartnett*
Constable of Stow

TO: Trooper Paul F. Latscha, Jr.
    State Fire Marshall's Office
    State Road
    Stow, MA

You are hereby commanded, in the name of the Commonwealth of Massachusetts, to appear
before the DISTRICT COURT
holden at STOUGHTON, NORFOLK COUNTY
on Tuesday, the 5th day of January, 1999 at
9:00 a.m. and from day to day thereafter, until the action hereinafter
named is heard by said Court, to give evidence of what you know relating to the civil action
of NADIA JEAN-MICHELLE d/b/a IMPECCABLE BEAUTY UNISEX SALON
    vs. AETNA INSURANCE COMPANY

Hereof fail not, as you will answer your default under the pains and penalties in the
law in that behalf made and provided.
Dated at Maynard the 29 day of December, 1998.

Docket # 97- 15 RM 185

NOTARY PUBLIC

LAWRENCE E. HARTNETT JR,
Notary Public
My Commission Expires June 10, 1999

EXHIBIT C

10/22/07  15:29 FAX 617 565 7528
OCT. 22. 2007  3:24PM FAX 97
/18/2003 18:52  13535 HAMPDEN CTY DIST ATT

NO. 2154   P. 2
002/006

P.O. Box 1025
State Road
Stow, MA  01775

Phone 978/567-3342
E-mail
Michael.Mazza@state.ma.us

# Michael S. Mazza

| | |
|---|---|
| **Functional summary** | Resume in support of Trooper, Fire & Explosion Investigation Section |
| **Employment** | **[ 1986-Current ]    Massachusetts State Police Trooper** |

- December 1986-February 1987,    SP Cheshire
- February 1987-July 1989,    SP Lee
- July1989-1992,    Berkshire County CPAC, Berkshire County Fire Marshal Representative
- 1992-1993,    Hampden County CPAC, Hampden County Fire Marshal Representative
- 1993-Present,    Fire and Explosion Investigation Section, Hampden County Fire Marshal Representative

| | |
|---|---|
| **Education** | Present, Masters Program, Western New England College, Springfield, Ma. |
| | June 2003, Western New England College, Springfield, Ma., Bachelor's Degree-Criminal Justice |
| | June 1984, Holyoke Community College, Holyoke, Ma., Associate's Degree-Business Administration |
| **Professional memberships** | Massachusetts Chapter I.A.A.I., Certified Fire Investigator |
| **Awards received** | April 1, 1991, Letter of Commendation, Certificate of Appreciation, New York State Police |
| | February 5, 1996, Department of State Police, Bureau Commander's Commendation |
| | September 1, 1996, Department of State Police, Bureau Commander's Commendation |
| | 1996, Massachusetts State Police, Superintendent's Unit Citation, Gang Task Force |
| | May 1998, Hampden County Law Enforcement Officer of the Year |
| | December 1998, Massachusetts State Police, F&EIS, Certificate of Commendation |

April 1999, Massachusetts State Police, F&EIS, Certificate of Commendation

June 1999, Massachusetts State Police, F&EIS, Certificate of Commendation

August 1999, Massachusetts State Police, F&EIS, Certificate of Commendation

March 22, 2000, Department of State Police, Division Commander's Commendation

May 7, 2000, The Roman Catholic Diocese Of Worcester, Distinguished Service Award

**Teaching Summary**

Instructor, Massachusetts State Police Academy, New Braintree, Ma.

Instructor, Massachusetts State Fire Academy, Stow, Ma,

Instructor, F.B.I. Academy, Quantico, Va.

Instructor, Massachusetts Criminal Justice Training Council

Guest Lecturer, Holyoke Community College, American International College, Western New England College, Worcester Polytechnical Institute, Westfield State College

**Canine Certification**

1991, Accelerant Detection Canine Training, Maine State Police, Maine Criminal Justice Training Council

1992, Recertification, Accelerant Detection Canine Training, Maine State Police

1993, Recertification, Accelerant Detection Canine Training, Maine State Police

1994, Recertification, Accelerant Detection Canine Training, Maine State Police

October 18, 1995, Canine Accelerant Detection Recertification, Bureau of Alcohol, Tobacco and Firearms, Meriden CT

October 21, 1995, Canine Accelerant Detection Recertification, Connecticut State Police, Meriden CT

September 1996, Canine Accelerant Detection Recertification, Bureau of Tobacco, Alcohol and Firearms

August 1997, Canine Accelerant Detection Recertification, Bureau of Alcohol, Tobacco and Firearms

MAY 1998, Certificate of Training, Accelerant Detection Dog Team, Connecticut State Police and the Federal Bureau of Alcohol, Tobacco and Firearms

October 1998, Canine Accelerant Detection Recertification, Connecticut State Police

October 1998, Accelerant Detection Canine Recertification, Bureau of Alcohol, Tobacco and Firearms, Tucson, AZ

March 1999, Accelerant Detector Canine Training, North Carolina Department of Justice State Bureau of Investigation

August 5-7, 1999, CADA National Conference & Proficiency Testing, Canine Accelerant Detection Association, Apopka, Florida

September 1999, Canine Accelerant Recertification, Connecticut State Police

October 1999, Accelerant Detection Canine Recertification, Bureau of Alcohol, Tobacco and Firearms, Myrtle Beach, South Carolina

October 2000,  Accelerant Detection Canine Recertification, Bureau of Alcohol, Tobacco and Firearms, Van Nuys, CA

December 2000,  Canine Accelerant Detection Recertification, Connecticut State Police

November 2001, Canine Accelerant Detection Recertification, Connecticut State Police

April 2002, Accelerant Detection Canine Recertification, Bureau of Alcohol, Tobacco and Firearms, Buffalo, NY

December 2002,  Canine Accelerant Detection Recertification,  Connecticut State Police

December 2002, Accelerant Detection Canine Team Recertification, Massachusetts State Police, Massachusetts State Police Crime Lab

March 30, 2003-April 7, 2003, Accelerant Canine Recertification, Bureau of Alcohol, Tobacco and Firearms,  Los Vegas, NV

September 17, 2003,  Canine Accelerant Detection Recertification, Connecticut State Police

**Professional Development**

November 1988, Homicide Investigation, Poughkeepsie, New York

March 28 to 31, 1989, 3rd Annual Fire Investigators Seminar, R.I. State Fire Marshals Office & R.I. Chapter I.A.A.I, Roger Williams College

May 1989, Basic Arson Investigation, Massachusetts Criminal Justice Training Council

November 27-December 1, 1989, Homicide Investigation, Massachusetts State Police

March 23, 1990, Ritualistic Crimes, Mt. Wachusett Community College

August 31 1990, Fire Arson Investigation, National Fire Academy, Emmitsburg MD.

September 27, 1990, Documenting the Fire & Crime Scene, Evidence Collection Analysis, Massachusetts Chapter IAAI

March 14, 1991, Recovering Physical Evidence " Fire & Explosion Litigation" Electrical Fire Scene Investigations, Massachusetts Chapter IAAI

June 17-21, 1991, Arson Seminar, Saint Anselm College, Manchester, NH

January 14, 1992, LEAPS/CJIS Training

March 19, 1992, "The Paper Chase", Massachusetts Chapter IAAI

November 19, 1992, Reverse Conspiracy, Gas & Oil Heating Equip, Fires, Massachusetts Chapter IAAI

January 21, 1993, NFPA 921, The Flammability of Furniture and Mattresses, Massachusetts Chapter IAAI

January 29, 1993, Fire & Arson Photography, Hampden County District Attorney's Office

March 19, 1993, Kinesic Interview Technique, Massachusetts Chapter IAAI

May 4, 1993, Accelerant Evidence Collection, Holyoke Fire Department

June 28-July 2, 1993, Arson Seminar, Saint Anselm College, Manchester, NH.

September 19, 1993, Understanding and Investigating Chimney Fires,

"Coconut Grove Revisited", Massachusetts Chapter IAAI

October 12-14, 1993, Post Blast Investigation, Bureau of Alcohol, Tobacco and Firearms

November 18, 1993, How to Handle Bomb Threats, Explosive Devices & Bomb Scene Investigations, World Trade Center Bombing. Massachusetts Chapter IAAI

December 2-3, 1993, Arson Investigation & Prosecution, Hampden County District Attorney's Office, Massachusetts State Fire Marshal's Office

May 20, 1994, Live Burn, Development and Extinguishment & Evidence Collection, The City of Holyoke, Office of the Chief

March 3, 1995, Crime Scene Analysis Seminar, Hampden County District Attorney's Office

June 1-2, 1995, Fire Dynamics, Case Preparation, Defending Civil Cases, Flashover vs Flammable liquid burn patterns & Environmental Considerations. Massachusetts Chapter IAAI

May 30 & June 6, 1995, Basic Arson/ Fire Photography, Massachusetts State Police-Fire Marshal's Office

November 10, 1995, Live burn to study fire growth & Suppression, The City of Holyoke Fire Department, Office of the Chief

May 9-10, 1996, Problem Solving Leadership For Quality Driven Performance-Module #1, Massachusetts State Police

May 15-16, 1996, Appliance Failures and Fires, Massachusetts Chapter IAAI

May 20-24, 1996, Arson Seminar, Saint Anselm College, Manchester, NH

October 24-25, 1996, Advanced Course on The Reid Technique of Interviewing and Interrogation. John E. Reid and Associates

November 21, 1996, Electrical Fires, Massachusetts Chapter IAAI

January 23, 1997, Computer Modeling and Design, Massachusetts Chapter IAAI

March 20, 1997, Investigation of Fatal Fires, Massachusetts Chapter IAAI

April 24, 1997, Arson Investigation & Prosecution, Office of Attorney General Scott Harshbarger

May 15-16, 1997, Mock Trial-Trial Preparation, Massachusetts Chapter IAAI

May 19-23, 1997, Arson Seminar, Saint Anselm College, Manchester, NH

July 28-August 1, 1997, Post Blast Investigation School, FBI Academy, Quantico, Virginia

EXHIBIT D

59 Horse Pond Road
Sudbury, Massachusetts 01776
Phone (508) 358-3220

# John E. Drugan

**Experience**

1984-Present  Department of State Police – Crime Laboratory, Sudbury, Ma.

**Senior Chemist**

Employed as a Senior Chemist in the Arson and Explosive Unit of the Crime Laboratory. Supervisory position requires the overseeing of two chemists and laboratory operations include the maintenance of stock control, calibration, operation and maintenance of equipment, QA\QC duties and implementation of established laboratory protocols. Laboratory examination includes the analysis of recovered evidence from crime scenes for explosives\explosive residues, explosive device reconstruction, gunshot residues and the presence and identification of ignitable liquids. Trained and experienced in Crime Scene Investigations for the recovery and analysis of trace evidence which may include hairs, fibers, body fluids, gunshot residues, paints, explosive components, explosive residues, and other related materials. Trained and experienced in drug analyses and toxicological testing of biological fluids. Provide expert witness testimony as required.

Instrumentation proficiency include G.C./M.S., U.V. Spectroscopy, SEM-EDAX, F.T.I.R., MICRO-F.T.I.R., G.C.-FID, Light Microscopy and a variety of wet chemical methods.

1984                      The Gillette Company          North Andover, Ma.

**Chemical Technician**

Employed on a part-time basis as a Chemical Technician in Quality Control. Duties included testing both finished and unfinished products for predetermined chemical specification levels..

**Education**

1980-1984    Merrimack College, North Andover, Ma.  Bachelor of Science, Chemistry.

1974-1978    Austin Preparatory School, Reading, Ma.  College Course

**Interests**

Fishing, Hunting, Weight Training and Golf.

**References**

Furnished upon request.

**CURRICULUM VITAE**

**TO:**    WHOM IT MAY CONCERN

**FROM:**  JOHN E. DRUGAN, SENIOR CHEMIST

**DATE:**  11/2/2007

This letter is to inform you of my current qualifications as a Senior Chemist in the Arson and Explosive Unit of the Massachusetts State Police Crime Laboratory:

1.  Laboratory analysis of over 8750 fire and explosives related crimes and on-site investigation of over 150 major crime scenes during my twenty three years of service in this field.

2.  Laboratory analysis of over 100 Gunshot residue cases.

3.  Flammability testing of approximately 10,000 decorative fabrics and/or materials in accordance with 527 CMR 21.

4.  Current member of the Special Crime Scene Response Unit for the Massachusetts State Police trained to respond to potential terrorist attacks involving the use of WMD and\or conventional explosives. Duties include the documentation, collection and analysis of evidence recovered at crime scenes wearing level A, B or C protection.

5.  Expert witness testimony in District, Superior and Federal Courts in Massachusetts, Maine and Connecticut in excess of 225 arson\explosive related matters, gunshot residue analysis and crime scene examinations.

6.  Completed "Arson Accelerant Detection Training Course" at the Bureau of Alcohol, Tobacco and Firearms Laboratory, Rockville, Maryland in March 1985.

7.  Completed "Instrumental Analysis of Explosives and Explosive Training Course" at the Federal Bureau of Investigation Academy, Quantico, Virginia in May 1989.

8.  Completed "Scanning Electron Microscopy School" at AMRAY, Bedford Massachusetts in April 1990.

9.  Instructor at "Arson Investigation and Prosecution" seminar sponsored by Hamden County District Attorney's Office and Massachusetts State Fire Marshal's Office in December 1993.

10. Attended "International Symposium of the Forensic Aspects of Arson Investigations" sponsored by the Forensic Science Training Unit – FBI Laboratory at George Mason University, Fairfax, Virginia in August 1995.

11. Completed "Post-blast Explosives Investigation School" sponsored by the Bureau of Alcohol, Tobacco and Firearms at the Massachusetts State Police Academy, New Braintree, Massachusetts in November 1995.

12. Completed "Advanced Fire Debris Analysis Course" sponsored by the Bureau of Alcohol Tobacco and Firearms at the National Forensic Science Training Center in St. Petersburg, Florida in September 1996.

13. Instructor at "Arson Investigation and Prosecution" seminar sponsored by the Massachusetts Attorney General's Office in April 1997.

14. Completed "Basic Bloodstain Pattern Analysis" taught by Henderson Forensics at the Massachusetts State Police Academy, New Braintree, Massachusetts in March 1998.

15. Completed "Scanning Electron Microscopy and Elemental Analysis" at McCrone Research Institute, Chicago, Illinois in June 1999.

16. Attended Alcohol Tobacco and Firearms (ATF) Accelerant Detection Canine Certification Class at Myrtle Beach, South Carolina in October 1999.

17. Completed "Microscopy F.T.I.R. Analysis" class conducted by Nicolet Instruments at Massachusetts State Police Crime Laboratory, Sudbury, Massachusetts in March 2000.

18. Participated in "Fire Dynamics, Flashover and Modern Fire Investigation" at Cape Cod Community College, Barnstable, Massachusetts, sponsored by the Massachusetts Chapter of the International Association of Arson Investigators in June, 2000.

19. Completed "Advanced Crime Scene Investigation Course" at the Metropolitan Police Institute, Miami, Florida in June, 2000.

20. Instructor at "Children and Fire VII" at the Sheraton Tara , Framingham, Massachusetts, sponsored by the Massachusetts Coalition for Juvenile Firesetter Intervention Program in October, 2000.

21. Completed "Advanced Crime Scene Technology III Course", at Northwestern University, Evanston, Ilinois in November, 2000.

22. Completed "Federal Bureau of Investigation Post Blast Investigators School" at Fort Devens, Massachusetts in December, 2000.

23. Appeared on Animal Planet series entitled "K-9 TO 5" which featured arson accelerant detection k-9 "Lucy" and Fire Investigator\ K-9 handler Trooper Paul Horgan.

24. Instructor at "Children and Fire VIII" at the Sheraton Tara, Framingham, Massachusetts, sponsored by the Massachusetts Coalition for Juvenile Firesetter Intervention Program in November, 2001.

25. Attended "Management and Staff Training Program" at Massachusetts State Police Headquarters, Framingham by the University of Massachusetts Donahue Institute in January 2002.

26. Attended the American Academy of Forensic Science Meeting in Atlanta, Ga. In February, 2002.

27. Completed "Emergency Response to Terrorist Bombings-Technical Level Course" at New Mexico Tech Energetic Materials Research and Testing Center, Socorro, New Mexico sponsored by the United States Department of Justice in September 2002.

28. Completed "Weapons of Mass Destruction Chemistry Workshop" at the Massachusetts State Fire Academy, Stow, Massachusetts in November 2002.

29. Completed "Hazardous Materials Response for the Crime Scene Technician" at the State Fire Academy, Stow, Massachusetts in January 2003. Trained in the use of Level "A", level "B" and level "C" protective suits for crime scene processing involving weapons of mass destruction.

30. Attended "Homeland Security Conference on Preparing for and Managing Terrorism and Weapons of Mass Destruction" sponsored by the Department of Fire Services and Executive Office of Public Safety at the Westford Regency Inn and Conference Center, Westford, Massachusetts in May 2003.

31. Participated in one day mock crime scene involving weapons of mass destruction at the Alewife MBTA Station, Cambridge, Ma on June 29, 2003. Duties involved donning level "A" gear, entering crime scene within the MBTA station and collection of body fluids for future examination.

32. Instructor at "Children and Fire X" at the Sheraton Tara, Framingham, Massachusetts, sponsored by the Massachusetts Coalition for Juvenile Firesetter Intervention Program in November, 2003.

33. Attended "TWGFEX 2003 Symposium on Fire and Explosion Debris Analysis and Scene Investigation" sponsored by the Department of Justice-National Institute of Justice and hosted by the University of Central Florida in November, 2003.

34. Completed buccal DNA collection training at the Massachusetts State Police Crime Laboratory in December, 2003.

35. Completed "Large Vehicle Post Blast Class" sponsored by the Federal Bureau of Investigation at the China Lake Naval Air Weapons Station in Ridgecrest, California in January, 2004.

36. Attended the Joint Meeting of the Southern, Midwestern, Mid-Atlantic and Canadian Association of Forensic Scientists in September, 2004.

37. Completed "The Analysis and Investigative value of Pipe, Pipe Fittings and Explosive Fillers in Improvised Explosive Devices Workshop" at the joint meeting of Southern, Midwestern, Mid Atlantic and Canadian Associations of Forensic Scientists in Orlando, Florida in September, 2004.

38. Completed "FTIR, Microprobe and FTIR Microscopy Applications to Trace Evidence Workshop" at the joint meeting of Southern, Midwestern, Mid Atlantic and Canadian Associations of Forensic Scientists in Orlando, Florida in September, 2004.

39. Instructor participating in the bi-yearly "Advanced Arson Investigators Class" conducted at the Massachusetts Fire Academy, Stow, Ma. beginning in 1998 and continuing to present day.

40. Instructor of "Forensics" class for undergraduate students at Lasell College in Newton, Mass during the Fall semester of 2004.

41. Completed "40 Hour Hazardous Waste Operations and Emergency Response Training" at the Massachusetts Fire Academy in Stow, Mass. and Federal Bureau of Investigations Emergency Response Team Headquarters in Wilmington, Mass in February, 2005.

42. Attended "Gunshot Residue Symposium" at the FBI Academy in Quantico, Virginia in May, 2005.

43. One of several instructors participating in "Crime Scene Management" class at MPTC Boylston Regional Police Academy, Boylston, Mass in June, 2005.

44. Responded as a member of the Massachusetts State Police Special Crime Scene Response Unit to a one day exercise involving a mock weapon of mass destruction (explosive detonated on tanker truck and suicide bomber in a truck) at Green Hill Park, Worcester on September 17, 2005 with the following agencies: FBI, National Guard CST Unit, Massachusetts Hazardous Materials Response Team, Massachusetts Emergency Management Agency. Duties involved the collection of evidence and documentation of crime scene in level "B" gear.

45. Attended one day "Explosive Training for Prosecutors" class at Fort Devens, Massachusetts hosted by the FBI, ATF and Massachusetts State Police on October 5, 2005.

46. Attended Massachusetts State Police-Office of the State Fire Marshal Accelerant Detection K-9 Re-Certification seminar at the Massachusetts Military Reservation, Barnstable County Sheriffs Department, Cape Cod Massachusetts in October, 2005.

47. Instructor at "Children and Fire XII" at the Sheraton Tara, Framingham, Massachusetts, sponsored by the Massachusetts Coalition for Juvenile Firesetter Intervention Program in November, 2005.

48. Attended one day training at JEOL USA INC. for the use of the Denton Vacuum Desk IV sputter coater on December 23, 2005.

49. Presenter at Metro Arson Investigators Meeting in February, 2006 which involved the MSP Arson and Explosive Units Role in the Investigation of the Fatal Package Bombing in Everett, Mass on January 20, 2000.

50. Attended one day training entitled "The Role of the Public Health Laboratory: Biological and Chemical Terrorism Preparedness and Response" at the State Laboratory Institute, Massachusetts Department of Public Health, Boston, Ma in February, 2006.

51. Completed "Indoor Post Blast Class" co-sponsored by the Federal Bureau of Investigation and Connecticut State Police at the Norwich State Hospital and Uncasville Connecticut in October, 2006.

52. Presenter at 6th Annual TWGFEX Symposium sponsored by the National Forensic Training Center-University of Central Florida and United States Department of Justice-National Institute of Justice at the Radisson Hotel in Orlando Florida on November 16th, 2006. Lecture entitled "A Fatal Package Bombing in Everett, Massachusetts".

53. Completed three day "Genesis Particle Analysis\Automated GSR Particle Analysis" at EDAX , Mahwah, New Jersey in May 2007.

54. Attended one day lecture and demonstration at the University of Rhode Island by Dr Jimmie Oxley on the manufacture of high explosives such as TATP, Methyl ethyl ketone peroxide, hexamethylene triperoxide diamine (HMTD) with common household products in May 2007.

55. Attended one day training seminar entitled "The Threat of Islamic Terrorism and the Strategic and Tactical Response" sponsored by the Israeli Police and Ministry of Public Security, Massachusetts State Police and Canton Police Department in June 2007.

56. Presenter entitled "Forensic testing and how to use it in the courtroom" at Massachusetts Continuing Legal Education (MCLE), Boston in October, 2007. Topic included gunshot residue analysis in the laboratory and the associated equipment utilized.

57. Instructor in excess of fifty on-site training sessions of personnel from Police, Fire and Prosecutors involving the MSP Crime laboratory-Arson and Explosive Unit operations, capabilities and general functions.

58. Recipient of Department of State Police – Bureau Commander's Commendation for "Dedication and Performance" in the Arson and Explosive Unit of the Massachusetts State Police Crime Laboratory in July 1997.

59. Recipient of "Certificate of Commendation" by the Massachusetts State Police Office of the State Fire Marshal- Fire and Explosive Unit for "Dedication and Hard Work in the Field of Arson Prosecution" in April 1999.

60. Recipient of "Certificate of Appreciation" by the Massachusetts State Police Office of the State Fire Marshal-Fire and Explosive Unit for "Dedication and Assistance in the Advanced Fire Investigation Course" in October 1999.

61. Recipient of "Certificate of Appreciation" by the Massachusetts Department of State Police, "In grateful recognition of the time and energy extended " in November 2004.

5

62. Contributing author of "A Pocket Guide to Accelerant Evidence Collection, First Second and Third Editions" which were sponsored by the International Association of Arson Investigators-Massachusetts Subchapter.

63. Current member of a national technical working group (TWG-FEX) sponsored by the United States Department of Justice – National Institute of Justice with the goal of creating a national guideline for the laboratory examination of fire and explosive related materials recovered from crime scenes.

64. Contributing author to "A Guide for Explosion and Bombing Scene Investigation" as a member of the national technical working group (TWG-BSI) sponsored by the United States Department of Justice – National Institute of Justice.

65. Co-author of "Medium Petroleum Distillates: These ignitable liquids may or may not be accelerants", Fire Findings Magazine, Vol. 5, No. 4, p. 1-3.

66. Mentor in Masters Student Internship program sponsored by Massachusetts State Police Crime Laboratory.

Respectfully yours,

John E. Drugan

Senior Chemist

Arson and Explosive Unit

Massachusetts State Police Crime Laboratory