```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA   )
                           )
          V.               )    CRIMINAL NO. 05-10136-RGS
                           )
MARK NUTTER                )
```

GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America, by United States Attorney Michael J. Sullivan and Assistant United States Attorney William H. Connolly, respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. This case was investigated by the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives, the Massachusetts State Police, the Massachusetts State Fire Marshal's Office, the Yarmouth Police Department, and the Yarmouth Fire Department. Is there anything about your attitude towards these or any other law enforcement agency that would prevent you from fairly and impartially evaluating the evidence and rendering a fair and impartial verdict?

2. The Hanover Insurance company also conducted an investigation in this matter. Have any of you had an experience with an insurance company or insurance agency that would prevent you from fairly and impartially evaluating the evidence and rendering a fair and impartial verdict?

3. Have any of you or members of your family been employed by an insurance company or insurance agency?

4. Have any of you or members of your family been the victim of an arson fire?

5. Have any of you or any members of your family been involved in the criminal justice system as a defendant in a criminal case? If so, would your experience as a criminal defendant, or as the family member of a criminal defendant, render you unable to be fair and impartial juror in this case?

6. Do any of you hold beliefs, religious or otherwise,

that prevent you from being able to sit in judgment of a fellow human being?

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        <u>/s/ William H. Connolly</u>
                                        Assistant U.S. Attorney

Date: November 6, 2007