UNITED STATES DISTRICT OF COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )      CRIMINAL NO. 05-10136-RGS
          V.             )
                         )
MARK NUTTER              )

GOVERNMENT'S REQUEST FOR USE OF AUDIO VISUAL EQUIPMENT

The United States of America, by Assistant United States Attorney William H. Connolly, hereby requests permission to use its, as well the Court's, audio visual equipment. Specifically, the government requests permission to use an overhead projector and large-screen monitor for purposes of displaying various documents and photographs. The government also expects to play an audiotape as well as a videotape using its own audio visual equipment.

Respectfully Submitted,

/s/ William H. Connolly
Assistant U.S. Attorney

November 6, 2007