UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 NOV -6  P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA )
)
v. ) CRIM NO. 05-CR-10136-RGS
)
MARK NUTTER )
)

**FILED UNDER SEAL**

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney, by Assistant United States Attorneys William H. Connolly and James P. Dowden, hereby respectfully moves the Court to seal the accompanying Government's Motion in Limine to Limit Cross Examination of Paul Rezey, this motion, the Court's order on this motion, and any other paperwork related to this matter (including related docket entries), until further order of this Court. As grounds for this motion, the government states that disclosure of these materials will prejudice the government.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
James P. Dowden
Assistant U.S. Attorney

Dated: November 6, 2007