UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 05-CR-10136-RGS |
| | ) | |
| MARK NUTTER, | ) | |
| Defendant | ) | |

## DEFENDANT'S LIST OF WITNESSES

Now comes counsel for the defendant and submits the following list of witnesses.

1. Robert Pagano, accountant;

2. Valerie Nutter;

3, Jean Macuch.

/s/ Stephen J. Weymouth

_____
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, William Connolly, by ECF on November 11, 2007.

_____
/s/ Stephen J. Weymouth