UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 05-10136-RGS

MARK NUTTER

## ORDER WITHDRAWING ARREST WARRANT OF WITNESS

STEARNS, DJ.   NOVEMBER 16, 2007

THE ARREST WARRANT FOR WITNESS DANIEL THOMAS, WITH A HOME ADDRESS OF 61 GROUSE LANE, WEST YARMOUTH, MA, AND A BUSINESS ADDRESS OF 161B MID TECH DRIVE, YARMOUTH, MA, ISSUED BY THIS COURT ON NOVEMBER 15, 2007 FOR FAILURE TO APPEAR IN THE ABOVE-CAPTIONED ACTION, IS HEREBY RECALLED AND THEREFORE WITHDRAWN.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

