## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | )  05-CR-10136-RGS |
| MARK NUTTER,<br>Defendant | ) |

*Filed in Court open 11-19-07*

## MOTION FOR JUDGMENT OF ACQUITTAL

Now comes the defendant, at the close of the government's evidence, and asks this Court, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, to enter a judgment of acquittal as to all five counts of the indictment.

In support of this motion the defendant states that the evidence introduced is insufficient to sustain a conviction as to any of the five counts of the indictment.

In addition the defendant requests that the Court enter a judgment of acquittal as to count 5 of the indictment.

In support of this request the defendant states that the allegations contained in count 5 of the indictment are duplicitous of the allegations contained in count 1 of the indictment.

/s/ Stephen J. Weymouth

Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680