*Recorded at 1:10 P.M. on 11/20/07 in open Court*
*Mary H. Johnson*
*Deputy Clerk*

## UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                      CRIMINAL NO. 05-10136-RGS

MARK NUTTER

## VERDICT SLIP

WE, THE JURY, FIND THE DEFENDANT, MARK NUTTER:

__*Guilty*_____ as charged in Count 1
(Arson, on or about 10-16-03 - in violation of Title 18 USC Sections 844(i) and 2)

__*Guilty*_____ as charged in Count 2
(Mail Fraud, on or about 3-15-04 - - in violation of Title 18 USC Sections 1341 and 2)

__*Guilty*_____ as charged in Count 3
(Mail Fraud, on or about 7-6-04  - in violation of Title 18 USC Sections 1341 and 2)

__*Guilty*_____ as charged in Count 4
(Mail Fraud , on or about 9-15-04 - in violation of Title 18 USC Sections 1341 and 2)

__*Guilty*_____ as charged in Count 5
(Use of Fire to Commit a Felony, on or about 10-16-03 - in violation
of Title 18 USC Sections 844(h)(1) and (2)).

_____
Foreperson of the Jury

Date: _11/3_ '_07_____