UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 05-CR-10136-RGS |
| ) | |
| MARK NUTTER, ) | |
| Defendant ) | |

### NOTICE OF APPEAL

Now comes the defendant and files a Notice of Appeal of the jury verdict entered in the above entitled matter on November 20, 2007.

/s/Stephen J. Weymouth

_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

### CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, William Connolly by hand, on November 29, 2007.

_____
Stephen J. Weymouth

1