UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                              CRIMINAL NO. 05-10136-RGS

MARK NUTTER

# O R D E R

STEARNS, DJ.                                                          NOVEMBER 29, 2007

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON THIS DATE FOR A FURTHER HEARING ON BOND. THE GOVERNMENT WAS REPRESENTED BY WILLIAM CONNOLLY, ASSISTANT U. S. ATTORNEY, AND THE DEFENDANT WAS REPRESENTED BY STEPHEN WEYMOUTH, ESQ.

AFTER HEARING, THE COURT FINDS THAT THERE ARE EXCEPTIONAL CIRCUMSTANCES BASED ON THE DEFENDANT'S MEDICAL AND FAMILY CIRCUMSTANCES TO WARRANT A FINDING BY THIS COURT THAT THE DEFENDANT SHOULD REMAIN FREE ON HIS CURRENT CONDITIONS OF BAIL AS SET BY THE MAGISTRATE JUDGE UNTIL SUCH TIME AS THE SENTENCING HEARING IS HELD ON FEBRUARY 13, 2008 AT 2:30 P.M.

SO ORDERED.

_/s/ Richard G. Stearns_
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE