Judge Sterns

I am writing this Letter at the advice of Mr. Gibbons for the request of the Court transcrips.

Mr. Weymouth still seems to be doing things to continue to make things difficult for me.

I recived the request for transcips form from the Court and called Mr Gibbons to find out what it was about. After listening to what he had to say and his explaintion of the form I was able to fill it out, and send it in to him. He also said I needed to send this letter to you requesting the payment be made by the court since I have a public Defender.

Having never been in trouble or in court I am overwhelmed at the way things have Transpired.

I haven't been this overwhelmed in my Life.

Even being Notified I had Cancer 2 years ago hasent effected me as much as this.

I have always Been honest to people and told the truth knowing lies only make things worse and That is the same way I have raised my Children.

I am still at a total Loss here.

MR Sterns I now have a newfound respect for The courts. I had no Idea how difficult a Judges Job was the amount of stress you must deal with on a daily basis. Having to make decisions that will effect peoples life.

If possiable I would like to Request a meeting with you to discuss any and all options avalable to me.

As I said earlier I am at such a loss. I trusted my lawyer who didnt care and many other people Along the way who only gave me bad advice.

Mr Weymouth had 2½ years too work on this case I had many whitness that were givin too him and Not one called.

No investagaters No Expert whitnessess No one  I always had faith in our Criminal Justice System Now. I have faith in No one.
Sir I am Looking for some Guidance please dont let me down the way everyone else has.
If you could please call me and let me know you ~~too k~~ Recived this I would very thankful.

774-268-1352.

Thank you for Your Time

Mark Nutter