UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | |
| MARK NUTTER,<br>        Defendant | ) ) ) ) | NO.:   05-10136-RGS |

### DEFENDANT MARK NUTTER'S REQUEST
### FOR PERMISSION TO SELF REPORT

Now comes the Defendant, Mark Nutter, and respectfully requests this Honorable Court for permission to self report to the facility ultimately designated by the Bureau of Prisons..

MARK NUTTER

/s/ Stephen J. Weymouth
_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

### CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that this motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on February 8, 2008.

/s/ Stephen J. Weymouth
_____
Stephen J. Weymouth