UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | |
| MARK NUTTER,<br>    Defendant | ) ) ) | NO.:   05-10136-RGS |

**DEFENDANT MARK NUTTER'S REQUEST
FOR JUDICIAL RECOMMENDATION**

Now comes the Defendant, Mark Nutter, and respectfully requests a judicial recommendation that he be incarcerated at FMC Devens. The Federal Medical Center (FMC) Devens is an administrative facility housing male offenders requiring specialized or long term medical care.

The defendant has been diagnosed with a serious medical condition, and he may require long term medical care during the period of incarceration.  FMC Devens would be a facility that would be able to provide the needed care.  In addition FMC Devens is located fairly close to the residence of Mark Nutter's family which would permit the family to visit with Mr. Nutter on a regular basis.

MARK NUTTER

/s/ Stephen J. Weymouth

Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

1

2

## **CERTIFICATE OF SERVICE**

      I, Stephen J. Weymouth, hereby certify that this motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on February 8, 2008.

      /s/ Stephen J. Weymouth

      _____
      Stephen J. Weymouth