AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

MARK NUTTER
95 Forest Rd., South Yarmouth, MA

**WARRANT FOR ARREST**

Case Number: 05CR10136-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARK NUTTER, USM NO. 25674-038__
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   X Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her     (brief description of offense)

Obstruction of justice (while on pre-trial release awaiting sentencing).

2008 FEB -8 A 12:01   U.S. MARSHAL SERVICE BOSTON, MA

in violation of ____18____ United States Code, Section(s) ____1503____

MARY H. JOHNSON
Name of Issuing Officer

*Mary H. Johnson* (signature)
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

2/8/08 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY Yarmouth PD per USMS
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/10/08

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |