**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 08-1097

UNITED STATES,

Appellee,

v.

MARK NUTTER,

Defendant - Appellant.

---

**JUDGMENT**

Entered: February 20, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

Deputy Clerk

By MARGARET CARTER
Chief Deputy Clerk.

Date: 2/20/08

[cc: Stephen J. Weymouth, Esq., Dina M. Chaitowitz, AUSA, William H. Connolly, AUSA, James P. Dowden, AUSA]