UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |  |
| v. | ) ) | 05-CR-10136-RGS |
| MARK NUTTER,<br>            Defendant | ) ) ) ) ) |  |

## NOTICE OF APPEAL

Now comes the defendant, Mark Nutter, and files a Notice of Appeal of the judgment entered in the above entitled matter on February 13, 2008.

/s/Stephen J. Weymouth

_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to registered participants on February 22, 2008.

_____
/s/ Stephen J. Weymouth

1