UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | 05-CR-10136-RGS |
| MARK NUTTER,<br>        Defendant | ) ) ) ) ) | |

## MOTION FOR PRODUCTION OF TRIAL TRANSCRIPTS
## AT GOVERNMENT'S EXPENSE

   Pursuant to Criminal Justice Act, 18 U. S. C., Section 3006A, the defendant, Mark Nutter, respectfully requests that the Court issue an order permitting him to receive at government's expense the transcripts of his trial that occurred in November of 2007.

   In support of this motion Mr. Nutter states that he has been deemed to be indigent and that he is presently serving a sentence.

/s/Stephen J. Weymouth

_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to registered participants on March 3, 2008.

_____
/s/ Stephen J. Weymouth

Case 1:05-cr-10136-RGS    Document 70    Filed 03/03/2008    Page 2 of 2